# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>PAPER-PAK INDUSTRIES<br>v.<br>OLD DOMINION FREIGHT LINE, INC. | Case Number:<br>FILED: MAY 30, 2008<br>08CV3117   RCC<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PAPER-PAK INDUSTRIES

| |
|---|
| NAME (Type or print)<br>Joel H. Steiner |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Joel H. Steiner |
| FIRM<br>Axelrod, Goodman, Steiner & Bazelon |
| STREET ADDRESS<br>39 South LaSalle St., Suite 920 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC# 2720108 | TELEPHONE NUMBER<br>312-236-9375 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐