## United States District Court for the Northern District of Illinois

Case Number: 08CV3117                                Assigned/Issued By: DAJ

Judge Name: ZAGEL                                    Designated Magistrate Judge: ASHMAN

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00
                [ ] IFP          [ ] No Fee      [ ] Other _____
                [ ] $455.00

Number of Service Copies _____            Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                            Receipt #: 2817295

Date Payment Rec'd: 05/30/08                   Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                                    [ ] Alias Summons

[ ] Third Party Summons                        [ ] Lis Pendens

[ ] Non Wage Garnishment Summons               [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons         _____
                                               _____
[ ] Citation to Discover Assets                (Victim, Against and $ Amount)

[ ] Writ _____
        (Type of Writ)

_1_ Original and _0_ copies on _05/30/08_ as to _DEF._
                                (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05