# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### CASE NO. 08CV3117 RCC
### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Lewis Ellis**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

        ( X ) Summons & Complaint
        (   ) Citation to Discover Assets
        (   ) Rule to Show Cause
        (   ) Subpoena
        (   ) Other:

1.   (   ) By leaving a copy with the named party, ------- personally on -------.

2.   (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.   ( X ) On the within party, **Sullivan, Hincks & Conway c/o Daniel C. Sullivan** by leaving a copy with **John Conway, Partner and Authorized Person**, on **June 6, 2008**, and informed that person of the contents thereof.

4.   ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**      RACE: **Caucasian**      APPROXIMATE AGE: **45**

5.   ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **122 West 22nd St., Suite 100, Oak Brook, IL 60603**
TIME OF DAY: **11:15 AM**

6.   (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **10**th day of **June 2008**.

                                            Lewis Ellis
                                            Special Process Server
                                            IT'S YOUR SERVE, INC.
                                            Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

PAPER-PAK INDUSTRIES

V.

OLD DOMINION FREIGHT LINE, INC.

CASE NUMBER: 08CV3117 RCC

ASSIGNED JUDGE: JUDGE ZAGEL

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE ASHMA

TO: (Name and address of Defendant)

Registered Agent: Daniel C. Sullivan
Sullivan, Hincks & Conway
122 West 22nd St., Suite 100
Oak Brook, IL 60523

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joel H. Steiner
Axelrod, Goodman, Steiner & Bazelon
39 South LaSalle Street - Suite 920
Chicago, Illinois 60603
(312) 236-9375

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

May 30, 2008
_____
Date