IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PAPER-PAK INDUSTRIES,

    Plaintiff,

v.

OLD DOMINION FREIGHT LINE, INC.,

    Defendant.

No. 08 CV 3117

Judge Zagel

Magistrate Judge Ashman

## DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM TO PLAINTIFF'S COMPLAINT

Defendant, Old Dominion Freight Line, Inc. (hereinafter referred to as "ODFL"), by and through its attorneys, Vedder Price P.C., for its Answer, Affirmative Defenses, and Counterclaim to the Complaint of Plaintiff, Paper-Pak Industries ("Paper-Pak"), states as follows:

### ALLEGATION NO. 1:

Plaintiff is a Nevada corporation which ships goods in interstate commerce.

### ANSWER:

Defendant admits the allegations of Paragraph No. 1 upon information and belief.

### ALLEGATION NO. 2:

Defendant is a corporation having its principal place of business in Thomasville, NC.

### ANSWER:

Defendant admits the allegations of Paragraph No. 2.

### ALLEGATION NO. 3:

Defendant is a for-hire motor carrier of property operating in interstate commerce subject to the jurisdiction of an operating pursuant to a registration issues by the Federal Motor Carriers Safety Administration ("FMCSA") in Docket No. MC 107478.

**ANSWER:**

Defendant admits the allegations of Paragraph No. 3.

**ALLEGATION NO. 4:**

This Court has jurisdiction pursuant to 28 U.S.C. §§1331, 1337 and 49 U.S.C. §14706.

**ANSWER:**

Defendant admits the allegations of Paragraph No. 4.

**ALLEGATION NO. 5:**

Defendant operates routes as an interstate motor carrier within the United States Judicial District for the Northern District of Illinois.

**ANSWER:**

Defendant admits the allegations of Paragraph No. 5.

**ALLEGATION NO. 6:**

On or about August 6, 2007, Plaintiff tendered to Defendant a shipment of freight for transportation in interstate commerce.

**ANSWER:**

ODLF admits the allegations contained in Paragraph No. 6.

**ALLEGATION NO. 7:**

Defendant issues its bill of lading, waybill number 044006857, for said shipment.

**ANSWER:**

Defendant admits that it issued a bill of lading for said shipment, but denies that bill of lading is waybill number 044006857.

**ALLEGATION NO. 8:**

At the time that Plaintiff tendered said shipment to Defendant it was in good order and condition and Defendant acknowledged receipt of the shipment in good order and condition on the bill of lading therefore.

CHICAGO/#1808577.1

**ANSWER:**

Defendant admits that the bill of lading dated August 6, 2007 and numbered 04400685790 acknowledged receipt of the shipment in "apparent good" order.  Defendant denies the remaining allegations of Paragraph No. 8.

**ALLEGATION NO. 9:**

When Defendant tendered delivery of the shipment to Plaintiff, as directed by Plaintiff, the shipment no [sic] longer in good order and condition, but rather in a damaged condition requiring extensive repairs to the goods shipped.

**ANSWER:**

Defendant admits that it tendered delivery of the shipment to Plaintiff at the direction of Plaintiff and Plaintiff claimed that the goods were damaged at the time of delivery.  Defendant denies the remaining allegations of Paragraph No. 9.

**ALLEGATION NO. 10:**

Plaintiff's damages incurred in the repair of the shipment referred to above were $40,621.00.

**ANSWER:**

Defendant denies the allegations of Paragraph No. 10.

**ALLEGATION NO. 11:**

Plaintiff has made frequent and repeated demands upon Defendant to pay it for the damages to said shipment ($40,621.00) which Defendant has failed and refused to pay, all to Plaintiff's damage.

**ANSWER:**

Defendant admits that Plaintiff has demanded that Defendant pay for the alleged damages to said shipment.  Defendant

**ALLEGATION NO. 12:**

Pursuant to 49 U.S.C. § 14706, Defendant is liable to Plaintiff for its actual loss, which is all costs incurred by Plaintiff with respect to the repair of the shipment ($40,621.00).

**ANSWER:**

Defendant denies the allegations of Paragraph No. 12.

## AFFIRMATIVE DEFENSES

Without prejudice to its denials of the allegations in Paper Pak's Complaint, ODFL as and for its Affirmative Defenses, without waiver to the obligation of Paper Pak to prove each and every element of its claims, and pleading in the alternative, states as follows:

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Paper Pak's purported damages are subject to a liability limitation of fifty cents ($0.50) per pound pursuant to 49 U.S.C. § 14706 and the liability limitations set forth in Tariff ODFL 100-F.

### THIRD AFFIRMATIVE DEFENSE

ODFL will rely on all defenses lawfully available to it at the time of trial and reserves the right to amend this Answer and Affirmative Defenses to include additional defenses after completion of discovery.

## COUNTERCLAIM

As and for its counterclaim against Paper-Pak pursuant to Federal Rule of Civil Procedure 13, ODFL states as follows:

### JURISDICTION AND VENUE

1.    This Court has supplemental jurisdiction over this counterclaim pursuant to 28 U.S.C. 1367(a) because the counterclaim is so related to the claims set forth in the Complaint that they form the part of the same case or controversy.

CHICAGO/#1808577.1

2.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the Counterclaim occurred in this judicial district.

## COUNT I
## BREACH OF CONTRACT

3.    ODFL and Paper-Pak entered into a series of valid and legally enforceable written shipping contracts, which are memorialized by freight invoices totaling $8,648.09 and dated March 30, 2007 (Invoice No. 13300575431), August 1, 2007 (Invoice No. 81470114653), September 28, 2007 (Invoice No. 14710702037), December 7, 2007 (Invoice No. 14711547134), December 10, 2007 (Invoice No. 13300695155), December 10, 2007 (Invoice No. 13300695171), December 13, 2007 (Invoice No. 13300695197), December 14, 2007 (Invoice No. 05104081335), December 18, 2007 (Invoice No. 13300695205), December 18, 2007 (Invoice No.13300695213), December 18, 2007 (Invoice No. 13300695221), December 27, 2007 (Invoice No. 13300695239), December 28, 2007 (Invoice No. 13300695247), December 31, 2007 (Invoice No. 13300695254), January 3, 2008 (Invoice No. 13300712323), January 7, 2008 (Invoice No. 13300712331), January 8, 2008 (Invoice No. 13300712349), January 10, 2008 (Invoice No. 13300712356), and January 25, 2008 (Invoice No. 26001213367).  (Copies of the invoices and an account summary of these invoices are hereto attached as Group Exhibit A).

4.    ODFL performed all of its obligations under the aforementioned shipping contracts.

5.    Paper-Pak breached the contracts by failing to remit full payment for the shipping services provided by ODFL.

6.    ODFL has suffered damages in the amount of $7,497.51 for monies due and owing by Paper-Pak on the shipping contracts.

**WHEREFORE**, ODFL respectfully requests the Court to enter judgment in its favor on

- 5 -

Count I, and award ODFL (i) compensatory damages in the amount of $7,497.51; (ii) costs of

bringing this counterclaim; and (iii) such further relief as is just and proper.

Respectfully submitted,

OLD DOMINION FREIGHT LINES, INC.

By:  s/ Laurel A. Dearborn
        One of His Attorneys

Randall M. Lending, ARDC No. 06198407
Laurel A. Dearborn, ARDC No. 6288859
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
(312) 609-7500
Dated: June 30, 2008

Date: 6/25/08
Time: 14:52:48

Old Dominion Freight Line,Inc.
Statement of Account by Pro Detail Report
Include All Pros

Program: RVAR0311
User Id: COBLEA
Page: 1

Account No: 1210496 3 PAPER PAK INDUSTRIES

| Pro Number | Pro Date | Freight Charges | Assessed LiQD | Net Cash Posted | Misc Adj | Remaining Frt Charges | Remaining LiQD | Total Open AR |
|---|---|---|---|---|---|---|---|---|
| 13305715431 | 3/20/07 | 869.90 | .00 | .00 | .00 | 869.90 | .00 | 869.90 |
| 81470116653 | 8/01/07 | 529.07 | .00 | 487.68- | .00 | 41.39 | .00 | 41.39 |
| 14710702037 | 9/28/07 | 698.33 | .00 | 662.90- | .00 | 35.43 | .00 | 35.43 |
| 14711547134 | 12/07/07 | 1,174.44 | .00 | .00 | .00 | 1,174.44 | .00 | 1,174.44 |
| 13310695135 | 12/10/07 | 415.55 | .00 | .00 | .00 | 415.55 | .00 | 415.55 |
| 13310695171 | 12/11/07 | 537.66 | .00 | .00 | .00 | 537.66 | .00 | 537.66 |
| 13310695197 | 12/13/07 | 240.91 | .00 | .00 | .00 | 240.91 | .00 | 240.91 |
| 05104081325 | 12/14/07 | 408.00 | .00 | .00 | .00 | 408.00 | .00 | 408.00 |
| 13310695205 | 12/18/07 | 233.67 | .00 | .00 | .00 | 233.67 | .00 | 233.67 |
| 13310695213 | 12/18/07 | 72.87 | .00 | .00 | .00 | 72.87 | .00 | 72.87 |
| 13310695221 | 12/18/07 | 258.61 | .00 | .00 | .00 | 258.61 | .00 | 258.61 |
| 13310695239 | 12/27/07 | 269.61 | .00 | .00 | .00 | 269.61 | .00 | 269.61 |
| 13306952247 | 12/28/07 | 292.70 | .00 | .00 | .00 | 292.70 | .00 | 292.70 |
| 13306952254 | 12/03/07 | 877.89 | .00 | .00 | .00 | 877.89 | .00 | 877.89 |
| 13306952262 | 12/11/07 | 269.61 | .00 | .00 | .00 | 269.61 | .00 | 269.61 |
| 13300712331 | 1/07/08 | 524.94 | .00 | .00 | .00 | 524.94 | .00 | 524.94 |
| 13300712349 | 1/08/08 | 269.61 | .00 | .00 | .00 | 269.61 | .00 | 269.61 |
| 13300712356 | 1/10/08 | 339.56 | .00 | .00 | .00 | 339.56 | .00 | 339.56 |
| 26001213367 | 1/25/08 | 365.14 | .00 | .00 | .00 | 365.14 | .00 | 365.14 |

** Totals: 8,648.09 .00 1,150.58- .00 7,497.51 .00 7,497.51

Total No of Pros: 19

* * * * * End of Report * * * * *

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**1**

| LSI | AUG | NS | | 2670319353 | | 6/30/08 DUP | RP |

| | | | 12104963 | 780559 | 3/20/07 | 1330057543 |

COSTCO MORRIS DEPOT 267
3800 NORTH DIVISION
MORRIS                IL 60450

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON              GA 30673

Page No
1
Sec 7  SHK

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                CA 91750

P/C   C/O/
P
B/C   R/C
AAR  **

13300575431

| | HANDLING UNITS: 8 UNITS OF TYPE SKID | CLASS | | | | |
| | 48 HR ADV 815 710 2020 | | | | | 7.50 |
| | 350 PACK | | | | | |
| 8 | ZAPSOAK I149265 | 050 | 6865 | 3579 | 2456.98 |
| | FUEL INCREASE | | | | 125.31 |
| | WIW | | | | |
| | TLE SNK   3/22/07 ORG WT APPLIED | | | | |
| | CAB LBH   5/17/07 CORRECT AS BILLED | | | | |
| | NO CHANGES MADE/REVIEWING FOR AUDIT | | | | |

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:

Company:

Date:

Seal # (if Applc)

Driver:

CONTD.

CASH [ ]   CHK [ ]   CHG [ ]
Pcs. Del'd

[ ] Inside Delivery  [ ] Residential Delivery  [ ] Lift Gate  [ ] Other
[ ] Sort & Seg - Pieces _____

Date Del'd
COPY ORIGINAL FREIGHT

---

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**2**

| LSI | AUG | NS | | 2670319353 | | CUSTOMER COPY |

| | | | 12104963 | 780559 | 3/20/07 | 13300575431 |

COSTCO MORRIS DEPOT 267
3800 NORTH DIVISION
MORRIS                IL 60450

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON              GA 30673

Page No
1    2
Sec 7  SHMT
1

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                CA 91750

P/C   C/O/G
P
B/C   R/C
AAR  ***

13300575431

| | HANDLING UNITS: 8 UNITS OF TYPE SKID | CLASS | | | | |
| | 48 HR ADV 815 710 2020 | | | | | 7.50 |
| | 350 PACK | | | | | |
| 8 | ZAPSOAK I149265 | 050 | 6865 | 3579 | 2456.98 |
| | FUEL INCREASE | | | | 125.31 |
| | WIW | | | | |
| | TLE SNK   3/22/07 ORG WT APPLIED | | | | |
| | CAB LBH   5/17/07 CORRECT AS BILLED | | | | |
| | NO CHANGES MADE/REVIEWING FOR AUDIT | | | | |

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:

Company:

Date:

Driver:

CONTD.

CASH [ ]   CHK [ ]   CHG [ ]
Pcs. Del'd

[ ] Inside Delivery  [ ] Residential Delivery  [ ] Lift Gate  [ ] Other _____

## 1

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| LSI | AUG | NS | | 2670319353 | | | 6/30/08 | DUP | RP |

| COSTCO MORRIS DEPOT 267 | | 12104963 | 780559 | 3/20/07 | 1330057543 |
| 3800 NORTH DIVISION | Dest I/L Car | PAPER PAK INDUSTRIES | | Page No |
| | | 1 PAPER PAK PARKWAY | | 2 |
| MORRIS | IL 60450 | WASHINGTON | GA 30673 | Sec 7 SHMT |
| | | PAPER PAK INDUSTRIES | | P/C C/O/ |
| | | 1941 WHITE AVENUE | | P |
| 13300575431 | | LA VERNE | CA 91750 | B/C R/ |
| | | | | AAR *** |

PURPOSES ONLY
BTC RNT  9/24/07 ADD OR CHANGE BILLTO
COD
CORRECTED 3RD PARTY BILLING ACCT CODE
PER CODEBOARD  CHGS REMAIN THE SAME
LOAD# NS

DISCOUNT ALLOWED                70.00%  1719.89

| 8 | 12342177 | 12460139 | 559 | 6865 | C.O.D. |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED    Driver:                            869.90        00

By:

Company:                                                              CASH    CHK    CHG

Date:                                                                 Pcs. Del'd

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

Seal # (if Applc)                 ☐ Sort & Seg - Pieces          Date Del'd

COPY ORIGINAL FREIGHT

---

## 2

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| LSI | AUG | NS | | 2670319353 | | CUSTOMER COPY |

| COSTCO MORRIS DEPOT 267 | | 12104963 | 780559 | 3/20/07 | 1330057543 |
| 3800 NORTH DIVISION | Dest I/L Car | PAPER PAK INDUSTRIES | | Page No |
| | | 1 PAPER PAK PARKWAY | | 2  2 |
| MORRIS | IL 60450 | WASHINGTON | GA 30673 | Sec 7 SHMT 1 |
| | | PAPER PAK INDUSTRIES | | P/C C/O/G |
| | | 1941 WHITE AVENUE | | P |
| 13300575431 | | LA VERNE | CA 91750 | B/C R/C |
| | | | | AAR *** |

PURPOSES ONLY
BTC RNT  9/24/07 ADD OR CHANGE BILLTO
COD
CORRECTED 3RD PARTY BILLING ACCT CODE
PER CODEBOARD  CHGS REMAIN THE SAME
LOAD# NS

DISCOUNT ALLOWED                70.00%  1719.89

| 8 | 12342177 | 12460139 | 559 | 6865 | C.O.D. |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED    Driver:                            869.90        .00

By:

Company:                                                              CASH    CHK    CHG

Date:                                                                 Pcs. Del'd

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| CLE | RTO | NS | | 109111 | | DUP 6/30/08 | | RP |

| | | | 12104963 | 405381 | | 8/01/07 | 8147011465 |

JOSHEN PAPER OF CLEVELAND
5808 GRANT AVENUE            Dest I/L Car

CUYAHOGA HEIGHTS        OH 44105

PAPER PAK INDUSTRIES
1941 N WHITE AVE

LA VERNE            CA 91750

Page No
1
Sec 7   SHMT
1

PAPER PAK INDUSTRIES
1941 WHITE AVENUE

LA VERNE            CA 91750

P/C
P

81470114653

B/C   R/C
CMV   **

| Pieces | Description | CLASS | Weight | Rate | Prepaid | Collect |
|--------|-------------|-------|--------|------|---------|---------|
| 1 | HANDLING UNITS: 1 UNITS OF TYPE SKID<br>SPEED SERVICE -- GUARANTEED<br>CALL FOR APPT 2164415600 X263<br>Indv Pcs: 50 CASE<br>NO DESCRIPTION SHOWN ON BILL OF LADING<br>REQUIRED ARRIVAL DATE 08/07/07<br>Cmnt:<br>FUEL INCREASE | 050 | 1070 | 9816 | 78.77<br>7.50<br>1050.31<br><br>82.71 | |

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:
Company:
Date:

Driver:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other ____
☐ Sort & Seg - Places ____

CASH ☐   CHK ☐   CHG ☐

Pcs. Dal'd
Date Del'd

Seal # (If Applc)

CONTD.

COPY ORIGINAL FREIGHT

---

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| CLE | RTO | NS | | 109111 | | CUSTOMER COPY |

| | | | 12104963 | 405381 | | 8/01/07 | 81470114653 |

JOSHEN PAPER OF CLEVELAND
5808 GRANT AVENUE            Dest I/L Car

CUYAHOGA HEIGHTS        OH 44105

PAPER PAK INDUSTRIES
1941 N WHITE AVE

LA VERNE            CA 91750

Page No
1      3
Sec 7   SHMT
1

PAPER PAK INDUSTRIES
1941 WHITE AVENUE

LA VERNE            CA 91750

P/C
P

81470114653

B/C   R/C
CMV   ***

| Pieces | Description | CLASS | Weight | Rate | Prepaid | Collect |
|--------|-------------|-------|--------|------|---------|---------|
| 1 | HANDLING UNITS: 1 UNITS OF TYPE SKID<br>SPEED SERVICE -- GUARANTEED<br>CALL FOR APPT 2164415600 X263<br>Indv Pcs: 50 CASE<br>NO DESCRIPTION SHOWN ON BILL OF LADING<br>REQUIRED ARRIVAL DATE 08/07/07<br>Cmnt:<br>FUEL INCREASE | 050 | 1070 | 9816 | 78.77<br>7.50<br>1050.31<br><br>82.71 | |

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:
Company:
Date:

Driver:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other ____

CASH ☐   CHK ☐   CHG ☐

Pcs. Dal'd

CONTD.

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**1**

| CLE | RTO | NS | | 109111 | | | 6/30/08 DUP | RP |

| | | | | 12104963 | 405381 | 8/01/07 | 8147011465 |

JOSHEN PAPER OF CLEVELAND
5808 GRANT AVENUE
CUYAHOGA HEIGHTS          OH 44105

Dest I/L Car

PAPER PAK INDUSTRIES
1941 N WHITE AVE
LA VERNE                CA 91750

Page No
**2**
Sec 7 | SHM

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                CA 91750

P/C | C/O/
**P**
B/C | R/C
CMV | ***

81470114653

Rate Clerk: RKE
WIW
SORTING OR SEGREGATING
FBA DHE  8/08/07 FREIGHT BILL AUDIT
ADDED SSC PER DR
CAB SRS 11/02/07 CORRECT AS BILLED
ODFL 6100 ITEM 158508 WITH ODFL 660
SPEED SERVICE GUARANTEED ODFL 100
ITEM 887 SORT AND SEGREGATE CHARGE PER

45.00

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:

Company:

Date:

Seal # (if Apple)

Driver:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

☐ Sort & Seg - Pieces _____

CONTD.

CASH ☐   CHK ☐   CHG ☐

Pcs. Del'd

Date Del'd
COPY ORIGINAL FREIGHT

---

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**2**

| CLE | RTO | NS | | 109111 | | | CUSTOMER COPY |

| | | | | 12104963 | 405381 | 8/01/07 | 81470114653 |

JOSHEN PAPER OF CLEVELAND
5808 GRANT AVENUE
CUYAHOGA HEIGHTS          OH 44105

Dest I/L Car

PAPER PAK INDUSTRIES
1941 N WHITE AVE
LA VERNE                CA 91750

Page No
**2     3**
Sec 7 | SHM
1

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                CA 91750

P/C | C/O/G
**P**
B/C | R/C
CMV | ***

81470114653

Rate Clerk: RKE
WIW
SORTING OR SEGREGATING
FBA DHE  8/08/07 FREIGHT BILL AUDIT
ADDED SSC PER DR
CAB SRS 11/02/07 CORRECT AS BILLED
ODFL 6100 ITEM 158508 WITH ODFL 660
SPEED SERVICE GUARANTEED ODFL 100
ITEM 887 SORT AND SEGREGATE CHARGE PER

45.00

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:

Company:

Date:

Driver:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

CONTD.

CASH ☐   CHK ☐   CHG ☐

Pcs. Del'd

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**1**

| CLE | RTO | NS | | 109111 | | DUP | RP |

| | | 12104963 | 405381 | 8/01/07 | 8147011465 |

JOSHEN PAPER OF CLEVELAND
5808 GRANT AVENUE
CUYAHOGA HEIGHTS          OH 44105

PAPER PAK INDUSTRIES
1941 N WHITE AVE
LA VERNE                    CA 91750

Page No
3
Sec 7  SHP

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                    CA 91750

P/C   C/O/
P
B/C   R/C
CMV **

81470114653

W & I REWEIGH CORRECTE WEIGHT 1070 LBS
LOAD# NS
CONSIGNEE PHONE#: NS          DISCOUNT ALLOWED
                        ****** PRIORITY ******          70.00%    735.22

| 1 | 9103580 | 12290615 | 559 | 1070 | | C.O.D. |

529.07          .00

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED   Driver:

By:

Company:

CASH    CHK    CHG

Pcs. Del'd

Date:

Inside Delivery   Residential Delivery   Lift Gate   Other

Seal # (if Applc)

Sort & Seg - Pieces ____

Data Del'd

COPY ORIGINAL FREIGHT

---

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**2**

| CLE | RTO | NS | | 109111 | | CUSTOMER COPY |

| | | 12104963 | 405381 | 8/01/07 | 81470114653 |

JOSHEN PAPER OF CLEVELAND
5808 GRANT AVENUE
CUYAHOGA HEIGHTS          OH 44105

PAPER PAK INDUSTRIES
1941 N WHITE AVE
LA VERNE                    CA 91750

Page No
3     3
Sec 7  SHMT
1

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                    CA 91750

P/C   C/O/E
P
B/C   R/C
CMV ***

81470114653

W & I REWEIGH CORRECTE WEIGHT 1070 LBS
LOAD# NS
CONSIGNEE PHONE#: NS          DISCOUNT ALLOWED
                        ****** PRIORITY ******          70.00%    735.22

| 1 | 9103580 | 12290615 | 559 | 1070 | | C.O.D. |

529.07          00

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED   Driver:

By:

Company:

CASH    CHK    CHG

Pcs. Del'd

Date:

Inside Delivery   Residential Delivery   Lift Gate   Other

## 1

### OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 – SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| DEN | RTO | 19482 | | 1004256 | | | 6/30/08 | DUP | RP |

| | | | | 12104963 | 405351 | 9/28/07 | | 1471070203 |

TEAM PACKAGING INC
4744 FOREST ST
DENVER                    CO 80216

PAPER PAK INDUSTRIES
1941 N WHITE AVE
LA VERNE                  CA 91750

Page No
1
Sec 7 | SHH

14710702037

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                  CA 91750

P/C | C/O/
P
B/C | R/C
TMH | ***

| 5 | HANDLING UNITS: 5 UNITS OF TYPE SKID<br>CALL 72HRS IN ADV FOR DEL APPT<br>303 333 1799<br>Indv Pcs: 200 OTH<br>UZ SOAKER<br>FUEL INCREASE<br>WIW<br>CAB REG 11/19/07 CORRECT AS BILLED<br>BILLED WT 2601LBS REWEIGHED WT 3215LBS | 050 | 3215 | 5847 | 7.50<br><br>1879.81<br>126.89 |

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:

Company:

Date:

Driver:

☐ Inside Delivery   ☐ Residential Delivery   ☐ Lift Gate   ☐ Other

☐ Sort & Sep – Pieces _____

CONTD.

CASH ☐   CHK ☐   CHG ☐

Pcs. Del'd

Date Del'd

Seal # (if Applc)

COPY ORIGINAL FREIGHT

---

## 2

### OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 – SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| DEN | RTO | 19482 | | 1004256 | | | CUSTOMER COPY |

| | | | | 12104963 | 405351 | 9/28/07 | 14710702037 |

TEAM PACKAGING INC
4744 FOREST ST
DENVER                    CO 80216

PAPER PAK INDUSTRIES
1941 N WHITE AVE
LA VERNE                  CA 91750

Page No
1   2
Sec 7 | SHMT
1

14710702037

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                  CA 91750

P/C | C/O/C
P
B/C | R/C
TMH | ***

| 5 | HANDLING UNITS: 5 UNITS OF TYPE SKID<br>CALL 72HRS IN ADV FOR DEL APPT<br>303 333 1799<br>Indv Pcs: 200 OTH<br>UZ SOAKER<br>FUEL INCREASE<br>WIW<br>CAB REG 11/19/07 CORRECT AS BILLED<br>BILLED WT 2601LBS REWEIGHED WT 3215LBS | 050 | 3215 | 5847 | 7.50<br><br>1879.81<br>126.89 |

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:

Company:

Date:

Driver:

☐ Inside Delivery   ☐ Residential Delivery   ☐ Lift Gate   ☐ Other _____

CONTD.

CASH ☐   CHK ☐   CHG ☐

Pcs. Del'd

# 1

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| DEN | RTO | 19482 | | | 1004256 | | | 6/30/08 | DUP | RP |

TEAM PACKAGING INC
4744 FOREST ST

DENVER                    CO 80216

Dest I/L Car

12104963   405351   9/28/07   1471070203

PAPER PAK INDUSTRIES
1941 N WHITE AVE

LA VERNE                  CA 91750

Page No

2
Sec 7   SHP

14710702037

PAPER PAK INDUSTRIES
1941 WHITE AVENUE

LA VERNE                  CA 91750

P/C   C/O/C
P
B/C   R/C
TMH   ***

LOAD# NS
CONSIGNEE PHONE#: 303 333 1799
DISCOUNT ALLOWED                          70.00%   1315.87

| 5 | 12336654 | 12290615 | 559 | | 3215 | | | C.O.D. | |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:

Company:

Date:

Driver:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other ___
☐ Sort & Seg - Pieces ___

698.33   .00

CASH ☐   CHK ☐   CHG ☐

Pcs. Del'd

Seal # (if Applc)

Date Del'd
COPY ORIGINAL FREIGHT

---

# 2

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| DEN | RTO | 19482 | | | 1004256 | | | CUSTOMER COPY |

TEAM PACKAGING INC
4744 FOREST ST

DENVER                    CO 80216

Dest I/L Car

12104963   405351   9/28/07   14710702037

PAPER PAK INDUSTRIES
1941 N WHITE AVE

LA VERNE                  CA 91750

Page No

2     2
Sec 7   SHMT
1

14710702037

PAPER PAK INDUSTRIES
1941 WHITE AVENUE

LA VERNE                  CA 91750

P/C   C/O/C
P
B/C   R/C
TMH   ***

LOAD# NS
CONSIGNEE PHONE#: 303 333 1799
DISCOUNT ALLOWED                          70.00%   1315.87

| 5 | 12336654 | 12290615 | 559 | | 3215 | | | C.O.D. | |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:

Company:

Date:

Driver:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other ___

698.33   00

CASH ☐   CHK ☐   CHG ☐

Pcs. Del'd

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**1**

| VAN | RTO | 2038400 | | 658599 | | DUP | RP |
|-----|-----|---------|--|--------|--|-----|-----|
| | | | | | 6/30/08 | | |

| | | | 12104963 | 405578 | 12/07/07 | | 1471154713 |
|--|--|--|----------|--------|----------|--|------------|

BUNZL
8219 RIVERWAY

DELTA       BC V4G1G9

Best I/L Car

PAPER PAK INDUSTRIES
2375 ARROW HWY

LA VERNE     CA 91750

Page No **1**
Sec 7 SHH

BYTP      1174.44

14711547134    128.95

PAPER PAK INDUSTRIES
1941 WHITE AVENUE

LA VERNE     CA 91750

P/C   C/O/G
**P**
B/C   R/C
RJS **

| | | CLASS | | | | | |
|--|--|-------|--|--|--|--|--|
| 7 | HANDLING UNITS: 7 UNITS OF TYPE WSKD<br>CALL 72 HRS IN ADV FOR DEL APPT<br>604.946.8884 X340<br>CASE LINER, ULTRA ZAP, UZ SOAKERS<br>BROKER: LIVINGSTON 604.273.5405<br>CUSTOMS OR TRANS-BORDER FEE<br>BORDER SECURITY SURCHARGE<br>FUEL INCREASE<br>Rate Clerk: SDT | 050 | 5435 | | 5471 | 11.00<br>2973.49<br>24.00<br>11.00<br>236.39 | |

**C.O.D.**

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:

Company:

    Date:

Seal # (if Apple)

Driver:

☐ Inside Delivery   ☐ Residential Delivery   ☐ Lift Gate   ☐ Other

☐ Sort & Seg - Pieces _____

**CONTD.**

CASH ☐   CHK ☐   CHG ☐

Pcs. Del'd

Date Del'd

COPY ORIGINAL FREIGHT

---

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**2**

| VAN | RTO | 2038400 | | 658599 | | CUSTOMER COPY |
|-----|-----|---------|--|--------|--|---------------|

| | | | 12104963 | 405578 | 12/07/07 | | 14711547134 |
|--|--|--|----------|--------|----------|--|-------------|

BUNZL
8219 RIVERWAY

DELTA       BC V4G1G9

Best I/L Car

PAPER PAK INDUSTRIES
2375 ARROW HWY

LA VERNE     CA 91750

Page No **1**   **2**
Sec 7 SHHT
   1

BYTP      1174.44

14711547134    128.95

PAPER PAK INDUSTRIES
1941 WHITE AVENUE

LA VERNE     CA 91750

P/C   C/O/G
**P**
B/C   R/C
RJS ***

| | | CLASS | | | | | |
|--|--|-------|--|--|--|--|--|
| 7 | HANDLING UNITS: 7 UNITS OF TYPE WSKD<br>CALL 72 HRS IN ADV FOR DEL APPT<br>604.946.8884 X340<br>CASE LINER, ULTRA ZAP, UZ SOAKERS<br>BROKER: LIVINGSTON 604.273.5405<br>CUSTOMS OR TRANS-BORDER FEE<br>BORDER SECURITY SURCHARGE<br>FUEL INCREASE<br>Rate Clerk: SDT | 050 | 5435 | | 5471 | 11.00<br>2973.49<br>24.00<br>11.00<br>236.39 | |

**C.O.D.**

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:

Company:

    Date:

Driver:

☐ Inside Delivery   ☐ Residential Delivery   ☐ Lift Gate   ☐ Other

**CONTD.**

CASH ☐   CHK ☐   CHG ☐

Pcs. Del'd

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| VAN | RTO | 2038400 | | 658599 | | | 6/30/08 | DUP | RP |

| BUNZL | | | 12104963 | 405578 | 12/07/07 | 14711547134 |
| 8219 RIVERWAY | | Dest I/L Car | PAPER PAK INDUSTRIES | | | Page No |
| | | | 2375 ARROW HWY | | | 2 |
| DELTA | BC V4G1G9 | | LA VERNE | | CA 91750 | Sec 7 | SHH |

| RYTP | | 1174.44 | PAPER PAK INDUSTRIES | | | P/C | C/O/ |
| | | | 1941 WHITE AVENUE | | | P |
| 14711547134 | 328.95 | | LA VERNE | | CA 91750 | B/C | R/C |
| | | | | | | RJS | ** |

LOAD# NS
CONSIGNEE PHONE#: NS         DISCOUNT ALLOWED                70.00%  2081.44

| 7 | | 12464938 | 559 | | 5435 | | C.O.D. |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED         Driver:                                          1174.44        00
By:
                                                                              CASH    CHK    CHG
Company:
            Date:                                                             Pcs. Del'd
☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other
Seal # (If Applc)         ☐ Sort & Sep - Pieces                               Date Del'd
                                                                              COPY ORIGINAL FREIGHT

---

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| VAN | RTO | 2038400 | | 658599 | | CUSTOMER COPY |

| BUNZL | | | 12104963 | 405578 | 12/07/07 | 14711547134 |
| 8219 RIVERWAY | | Dest I/L Car | PAPER PAK INDUSTRIES | | | Page No |
| | | | 2375 ARROW HWY | | | 2 | 2 |
| DELTA | BC V4G1G9 | | LA VERNE | | CA 91750 | Sec 7 | SHH |
| | | | | | | | 1 |

| RYTP | | 1174.44 | PAPER PAK INDUSTRIES | | | P/C | C/O/G |
| | | | 1941 WHITE AVENUE | | | P |
| 14711547134 | 328.95 | | LA VERNE | | CA 91750 | B/C | R/C |
| | | | | | | RJS | *** |

LOAD# NS
CONSIGNEE PHONE#: NS         DISCOUNT ALLOWED                70.00%  2081.44

| 7 | | 12464938 | 559 | | 5435 | | C.O.D. |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED         Driver:                                          1174.44        00
By:
                                                                              CASH    CHK    CHG
Company:
            Date:                                                             Pcs. Del'd
☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 050969    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| NHN | AUG | 2045200 | | S87763 | | DUP 6/30/08 | RP |

| | | | 12104963 | 480666 | 12/10/07 | 1330069515 |
|---|---|---|---|---|---|---|

EASTERN BAG AND PAPER COMPANY
200 RESEARCH DRIVE
MILFORD                         CT 06460

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON                    GA 30673

Page No
1
Sec 7   SHMT

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                      CA 91750

P/C    C/O/C
P
B/C    R/C
DRI    **

13300695155

| | Description | CLASS | Weight | | Rate | Charges | |
|---|---|---|---|---|---|---|---|
| 2 | HANDLING UNITS: 2 UNITS OF TYPE SKID 48HRS ADV Quote# 9931249 Indv Pcs: 80 OTH Batting, Batts, Pads, Padding, Wads or Wadding, consisting of cotton fibres or consisting predominantly by weight NMFC # 149020 / SUB # 00 | 050 | 1465 | 6467 | 947.42 | 11.00 | |

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:
Company:
Date:

Driver:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other
☐ Sort & Seg - Pieces ____

CONTD.

CASH    CHK    CHG
Pcs. Del'd
Date Del'd
COPY ORIGINAL FREIGHT

Seal # (if Applc)

---

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 050969    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| 2 | | | | | | |
|---|---|---|---|---|---|---|
| NHN | AUG | 2045200 | | S87763 | | CUSTOMER COPY |

| | | | 12104963 | 480666 | 12/10/07 | 13300695155 |
|---|---|---|---|---|---|---|

EASTERN BAG AND PAPER COMPANY
200 RESEARCH DRIVE
MILFORD                         CT 06460

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON                    GA 30673

Page No
1      2
Sec 7   SHMT
1

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                      CA 91750

P/C    C/O/C
P
B/C    R/C
DRI    ***

13300695155

| | Description | CLASS | Weight | | Rate | Charges | |
|---|---|---|---|---|---|---|---|
| 2 | HANDLING UNITS: 2 UNITS OF TYPE SKID 48HRS ADV Quote# 9931249 Indv Pcs: 80 OTH Batting, Batts, Pads, Padding, Wads or Wadding, consisting of cotton fibres or consisting predominantly by weight NMFC # 149020 / SUB # 00 | 050 | 1465 | 6467 | 947.42 | 11.00 | |

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:
Company:
Date:

Driver:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

CONTD.

CASH    CHK    CHG
Pcs. Del'd

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NHN | AUG | 2045200 | | S87763 | | 6/30/08 | DUP    RP |

| | | | | |
|---|---|---|---|---|
| EASTERN BAG AND PAPER COMPANY | Dest I/L Car | PAPER PAK INDUSTRIES | 12/10/07 | 1330069515 |
| 200 RESEARCH DRIVE | | 1 PAPER PAK PARKWAY | | Page No |
| MILFORD           CT 06460 | | WASHINGTON           GA 30673 | | 2 |
| | | | | Sec 7  SH |
| | | PAPER PAK INDUSTRIES | | P/C    C/O |
| 13300695155 | | 1941 WHITE AVENUE | | P |
| | | LA VERNE             CA 91750 | | B/C    R/ |
| | | | | DRI  ** |

| | | |
|---|---|---|
| FUEL INCREASE | | 75.32 |
| SORTING OR SEGREGATING | | 45.00 |
| TMC REG 12/26/07 CHANGED PER TERMINAL | | |
| SORTING FEE | | |
| LOAD# NS | | |
| CONSIGNEE PHONE#: NS | | |
| DISCOUNT ALLOWED | 70.00% | 663.19 |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 11802774 | 12460139 | 559 | 1465 | C.O.D. |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED   Driver:

415.55        .00

By:

Company:

Date:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

CASH ☐   CHK ☐   CHG ☐

Seal # (if Applc)   ☐ Sort & Seg - Pieces ____

Pcs. Del'd

Date Del'd

COPY ORIGINAL FREIGHT

---

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| | | | | | |
|---|---|---|---|---|---|
| NHN | AUG | 2045200 | | S87763 | CUSTOMER COPY |

| | | | | |
|---|---|---|---|---|
| EASTERN BAG AND PAPER COMPANY | Dest I/L Car | PAPER PAK INDUSTRIES | 12/10/07 | 13300695155 |
| 200 RESEARCH DRIVE | | 1 PAPER PAK PARKWAY | | Page No |
| MILFORD           CT 06460 | | WASHINGTON           GA 30673 | | 2 |
| | | | | Sec 7  SHMT 1 |
| | | PAPER PAK INDUSTRIES | | P/C    C/O/C |
| 13300695155 | | 1941 WHITE AVENUE | | P |
| | | LA VERNE             CA 91750 | | B/C    R/C |
| | | | | DRI  *** |

| | | |
|---|---|---|
| FUEL INCREASE | | 75.32 |
| SORTING OR SEGREGATING | | 45.00 |
| TMC REG 12/26/07 CHANGED PER TERMINAL | | |
| SORTING FEE | | |
| LOAD# NS | | |
| CONSIGNEE PHONE#: NS | | |
| DISCOUNT ALLOWED | 70.00% | 663.19 |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 11802774 | 12460139 | 559 | 1465 | C.O.D. |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED   Driver:

415.55        .00

By:

Company:

Date:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

CASH ☐   CHK ☐   CHG ☐

Pcs. Del'd

Seal # (if Applc)

**1**

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989 - PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| Dest Trm | Orig Trm | Shipper B/L Number | Purchase Ord No | Type | Copy | | |
|---|---|---|---|---|---|---|---|
| MTR | AUG | 1996700 | 0701001 | | | DUP | RP |
| | | | | | | 6/30/08 | |

| O Car Cd | O Car Rev | ODFL Rev | O Car W/B No | Bill to Cd | Trl No | W/B Date | Waybill Number |
|---|---|---|---|---|---|---|---|
| | | | | 12104963 | 480666 | 12/10/07 | 13300695171 |

**CONSIGNEE**
DYNE A PAK INC
3375 FRANCIS HUGHES
LAVAL      QC H7L5Z5

Dest I/L Car

**SHIPPER**
PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON      GA 30673

Page No: 1 / 2
Sec 7   SHMT 1

| D Car Cd | D Car Rev | ODFL Rev | Ack No |
|---|---|---|---|
| BUFM | | 537.68 | |

**BILL TO**
PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE      CA 91750

P/C: P
C/O/G:
B/C: DRI   R/C: ***

| Waybill Number | O/Agt | D/Agt | Master Bill No |
|---|---|---|---|
| 13300695171 | | 119.16 | |

| Pieces | HM | Description | CLASS | Weight | AS Weight | Rate | Prepaid | Collect |
|---|---|---|---|---|---|---|---|---|
| 2 | | HANDLING UNITS: 2 UNITS OF TYPE SKID<br>CALL CLAUDE BELANGER FOR APPT<br>450 667 3626<br>Quote# 9931282<br>Batting, Batts, Pads, Padding,<br>Wads or<br>Wadding, consisting of cotton fibres<br>or consisting predominantly by weight<br>NMFC # 149020 / SUB # 00 | 050 | 1840 | | 6582 | 11.00<br>1211.09 | |

**C.O.D.**

| Ttl Pcs | Consignee Cd | Shipper | | Tariff | Due ODFL (USD) | Ttl Weight | Ttl AS Wgt |
|---|---|---|---|---|---|---|---|

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

Driver:

By:

Company:

Date:

Seal # (if Applc)

☐ Inside Delivery   ☐ Residential Delivery   ☐ Lift Gate   ☐ Other _____

☐ Sort & Seg - Pieces _____

**CONTD.**

| | Total Prepaid | Total Collect |
|---|---|---|
| CASH ☐ | CHK ☐ | CHG ☐ |

Pcs. Del'd

Date Del'd

COPY ORIGINAL FREIGHT

---

**2**

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989 - PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| Dest Trm | Orig Trm | Shipper B/L Number | Purchase Ord No | Type | Copy | |
|---|---|---|---|---|---|---|
| MTR | AUG | 1996700 | 0701001 | | | CUSTOMER COPY |

| O Car Cd | O Car Rev | ODFL Rev | D Car W/B No | Bill to Cd | Trl No | W/B Date | Waybill Number |
|---|---|---|---|---|---|---|---|
| | | | | 12104963 | 480666 | 12/10/07 | 13300695171 |

**CONSIGNEE**
DYNE A PAK INC
3375 FRANCIS HUGHES
LAVAL      QC H7L5Z5

Dest I/L Car

**SHIPPER**
PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON      GA 30673

Page No: 1 / 2
Sec 7   SHMT 1

| D Car Cd | D Car Rev | ODFL Rev | Ack No |
|---|---|---|---|
| BUFM | | 537.68 | |

**BILL TO**
PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE      CA 91750

P/C: P
C/O/G:
B/C: DRI   R/C: ***

| Waybill Number | O/Agt | D/Agt | Master Bill No |
|---|---|---|---|
| 13300695171 | | 119.16 | |

| Pieces | HM | Description | CLASS | Weight | AS Weight | Rate | Prepaid | Collect |
|---|---|---|---|---|---|---|---|---|
| 2 | | HANDLING UNITS: 2 UNITS OF TYPE SKID<br>CALL CLAUDE BELANGER FOR APPT<br>450 667 3626<br>Quote# 9931282<br>Batting, Batts, Pads, Padding,<br>Wads or<br>Wadding, consisting of cotton fibres<br>or consisting predominantly by weight<br>NMFC # 149020 / SUB # 00 | 050 | 1840 | | 6582 | 11.00<br>1211.09 | |

**C.O.D.**

| Ttl Pcs | Consignee Cd | Shipper | | Tariff | Due ODFL (USD) | Ttl Weight | Ttl AS Wgt |
|---|---|---|---|---|---|---|---|

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

Driver:

By:

Company:

Date:

Seal # (if Applc)

☐ Inside Delivery   ☐ Residential Delivery   ☐ Lift Gate   ☐ Other _____

☐ Sort & Seg - Pieces _____

**CONTD.**

| | Total Prepaid | Total Collect |
|---|---|---|
| CASH ☐ | CHK ☐ | CHG ☐ |

Pcs. Del'd

Date Del'd

DELIVERY RECEIPT

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**1**

| Dest Trm | Orig Trm | Shipper B/L Number | Purchase Ord No. | Type | Copy | | |
|---|---|---|---|---|---|---|---|
| MTR | AUG | 1996700 | 0701001 | | | DUP | RP |
| | | | | | | 6/30/08 | |

| O Car Cd | D Car Rev | ODFL Rev | O Car W/B No | Bill to Cd | Trl No | W/B Date | Waybill Number |
|---|---|---|---|---|---|---|---|
| | | | | 12104963 | 480666 | 12/10/07 | 13300695171 |

DYNE A PAK INC
3375 FRANCIS HUGHES
LAVAL          QC H7L5Z5

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON          GA 30673

Page No: 2 2
Sec 7: SHMT 1

| D Car Cd | D Car Rev | ODFL Rev | Ack No |
|---|---|---|---|
| BUFM | | 537.68 | |

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE          CA 91750

P/C: P    C/O/G
B/C: DRI    R/C: ***

| Waybill Number | O/Agt | D/Agt | Master Bill No |
|---|---|---|---|
| 13300695171 | | 119.16 | |

| Pieces | HM | Description | CLASS | Weight | AS Weight | Rate | Prepaid | Collect |
|---|---|---|---|---|---|---|---|---|
| | | BROKER: MILGRAMS CO 514 288 2161 | | | | | | |
| | | CUSTOMS OR TRANS-BORDER FEE | | | | | 24.00 | |
| | | BORDER SECURITY SURCHARGE | | | | | 11.00 | |
| | | FUEL INCREASE | | | | | 96.76 | |
| | | LOAD# NS | | | | | | |
| | | CONSIGNEE PHONE#: NS | | | | | | |
| | | RATED AS- , DEFICIT WEIGHT | | 160 | 2000 | 6582 | 105.31 | |
| | | DISCOUNT ALLOWED | | | | 70.00% | 921.48 | |

**MUST BE PAID IN US FUNDS**

| 2 | | 12460139 | 559 | | 1840 | 2000 | **C.O.D.** | |
|---|---|---|---|---|---|---|---|---|
| Ttl Pcs | Consignee Cd | Shipper | Tariff | Due ODFL(USD) | Ttl Weight | Ttl AS Wgt | 537.68 | .00 |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

Driver:

By:

Company:

Date:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

☐ Sort & Seg - Pieces _____

CASH ☐    CHK ☐    CHG ☐

Total Prepaid    Total Collect

Pcs. Del'd

Date Del'd

Seal # (if Applc)

COPY ORIGINAL FREIGHT

---

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**2**

| Dest Trm | Orig Trm | Shipper B/L Number | Purchase Ord No | Type | Copy | |
|---|---|---|---|---|---|---|
| MTR | AUG | 1996700 | 0701001 | | | CUSTOMER COPY |

| O Car Cd | D Car Rev | ODFL Rev | O Car W/B No | Bill to Cd | Trl No | W/B Date | Waybill Number |
|---|---|---|---|---|---|---|---|
| | | | | 12104963 | 480666 | 12/10/07 | 13300695171 |

DYNE A PAK INC
3375 FRANCIS HUGHES
LAVAL          QC H7L5Z5

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON          GA 30673

Page No: 2 2
Sec 7: SHMT 1

| D Car Cd | D Car Rev | ODFL Rev | Ack No |
|---|---|---|---|
| BUFM | | 537.68 | |

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE          CA 91750

P/C: P    C/O/G
B/C: DRI    R/C: ***

| Waybill Number | O/Agt | D/Agt | Master Bill No |
|---|---|---|---|
| 13300695171 | | 119.16 | |

| Pieces | HM | Description | CLASS | Weight | AS Weight | Rate | Prepaid | Collect |
|---|---|---|---|---|---|---|---|---|
| | | BROKER: MILGRAMS CO 514 288 2161 | | | | | | |
| | | CUSTOMS OR TRANS-BORDER FEE | | | | | 24.00 | |
| | | BORDER SECURITY SURCHARGE | | | | | 11.00 | |
| | | FUEL INCREASE | | | | | 96.76 | |
| | | LOAD# NS | | | | | | |
| | | CONSIGNEE PHONE#: NS | | | | | | |
| | | RATED AS- , DEFICIT WEIGHT | | 160 | 2000 | 6582 | 105.31 | |
| | | DISCOUNT ALLOWED | | | | 70.00% | 921.48 | |

| 2 | | 12460139 | 559 | | 1840 | 2000 | **C.O.D.** | |
|---|---|---|---|---|---|---|---|---|
| Ttl Pcs | Consignee Cd | Shipper | Tariff | Due ODFL(USD) | Ttl Weight | Ttl AS Wgt | 537.68 | .00 |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

Driver:

By:

Company:

Date:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

☐ Sort & Seg - Pieces _____

CASH ☐    CHK ☐    CHG ☐

Total Prepaid    Total Collect

Pcs. Del'd

Date Del'd

Seal # (if Applc)

DELIVERY RECEIPT

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
### FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
### (336) 889-5000

| TPA | AUG | 0000552082042200 | | 311488 | | | 6/30/08 | DUP | RP |
|-----|-----|------------------|--|--------|--|--|---------|-----|-----|

| | | | 12104963 | 481994 | 12/13/07 | | 1330069519 |
|--|--|--|----------|--------|----------|--|------------|

BUNZL
9201 A EAST KING PALM DRIVE
TAMPA                    FL 33619

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON              GA 30673

**Page No** 1
Sec 7 | SHM

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                CA 91750

P/C | C/O/
P
B/C | R/C
JBP | ***

13300695197

| | Description | CLASS | | | | Freight | |
|--|-------------|-------|--|--|--|---------|--|
| 2 | HANDLING UNITS: 2 UNITS OF TYPE WSKD<br>CALL WITHIN 72 HRS IN ADVANCE FOR DELV<br>APPT 813 621 2050<br>Quote# 9948138<br>Indv Pcs: 72 PACK<br>Batting, Batts, Pads, Padding,     050<br>Wads or<br>Wadding, consisting of cotton fibres<br>or consisting predominantly by weight | | 1322 | | 4694 | 11.00<br><br><br><br>620.55 | |

**C.O.D.**

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:
Company:
Date:

Driver:

**CONTD.**

CASH | CHK | CHG

Pcs. Del'd

□ Inside Delivery  □ Residential Delivery  □ Lift Gate  □ Other _____

Seal # (if Applc)

□ Sort & Seg - Pieces _____

Date Del'd

COPY ORIGINAL FREIGHT

---

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
### FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
### (336) 889-5000

| TPA | AUG | 0000552082042200 | | 311488 | | CUSTOMER COPY |
|-----|-----|------------------|--|--------|--|---------------|

| | | | 12104963 | 481994 | 12/13/07 | | 13300695197 |
|--|--|--|----------|--------|----------|--|------------|

BUNZL
9201 A EAST KING PALM DRIVE
TAMPA                    FL 33619

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON              GA 30673

**Page No** 1   2
Sec 7 | SHM
1

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                CA 91750

P/C | C/O/C
P
B/C | R/C
JBP | ***

13300695197

| | Description | CLASS | | | | Freight | |
|--|-------------|-------|--|--|--|---------|--|
| 2 | HANDLING UNITS: 2 UNITS OF TYPE WSKD<br>CALL WITHIN 72 HRS IN ADVANCE FOR DELV<br>APPT 813 621 2050<br>Quote# 9948138<br>Indv Pcs: 72 PACK<br>Batting, Batts, Pads, Padding,     050<br>Wads or<br>Wadding, consisting of cotton fibres<br>or consisting predominantly by weight | | 1322 | | 4694 | 11.00<br><br><br><br>620.55 | |

**C.O.D.**

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:
Company:
Date:

Driver:

**CONTD.**

CASH | CHK | CHG

Pcs. Del'd

□ Inside Delivery  □ Residential Delivery  □ Lift Gate  □ Other _____

**1**

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989  PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| TPA | AUG | 0000552082042200 | 311488 | | DUP | RP |
|-----|-----|------------------|--------|--|-----|-----|
| | | | | 6/30/08 | | |

| | | 12104963 | 481994 | 12/13/07 | 1330069519 |
|--|--|----------|--------|----------|------------|

BUNZL
9201 A EAST KING PALM DRIVE
TAMPA            FL 33619

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON            GA 30673

Page No **2**

Sec 7 | SHM

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE            CA 91750

P/C | C/O/

**P**

B/C | R/C

1330069197

UBP | ***

NMFC # 149020 / SUB # 00
FUEL INCREASE
C/ADDITIONAL REDUCTION, ALLOWANCE OR
ADJUSTMENT MAY APPLY.
WIW
LOAD# NS
CONSIGNEE PHONE#: NS

                    43.75

          DISCOUNT ALLOWED            70.00%   434.39

| 2 | 5802791 | 12460139 | 559 | 1322 | | C.O.D. |
|---|---------|----------|-----|------|--|--------|

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED   Driver:

240.91          .00

By:

Company:

CASH ☐   CHK ☐   CHG ☐

            Date:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

Pcs. Del'd

Seal # (if Applc)

☐ Sort & Seg - Pieces ____

Date Del'd

COPY ORIGINAL FREIGHT

---

**2**

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989  PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| TPA | AUG | 0000552082042200 | 311488 | CUSTOMER COPY |
|-----|-----|------------------|--------|---------------|

| | | 12104963 | 481994 | 12/13/07 | 13300695197 |
|--|--|----------|--------|----------|-------------|

BUNZL
9201 A EAST KING PALM DRIVE
TAMPA            FL 33619

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON            GA 30673

Page No **2** | 2

Sec 7 | SHMT
| 1

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE            CA 91750

P/C | C/O/6

**P**

B/C | R/C

1330069197

UBP | ***

NMFC # 149020 / SUB # 00
FUEL INCREASE
C/ADDITIONAL REDUCTION, ALLOWANCE OR
ADJUSTMENT MAY APPLY.
WIW
LOAD# NS
CONSIGNEE PHONE#: NS

                    43.75

          DISCOUNT ALLOWED            70.00%   434.39

| 2 | 5802791 | 12460139 | 559 | 1322 | | C.O.D. |
|---|---------|----------|-----|------|--|--------|

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED   Driver:

240.91          00

By:

Company:

CASH ☐   CHK ☐   CHG ☐

            Date:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

Pcs. Del'd

Seal # (if Applc)

☐ Sort &

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989   PO BOX 60000 – SAN FRANCISCO, CA 94160 USA
(336) 889-5000

1

| RTO | CIN | NS | | NS | | | | DUP | RP |

6/30/08

| | | 12104963 | 434134 | 12/14/07 | | 0510408133 |

| PAPER PAK INDUSTRIES | Dest I/L Car | MIDWEST FILTRATION COMPANY |
| 2375 ARROW HWY | | 9775 INTERNATIONAL BLVD |
| LA VERNE            CA 91750 | | CINCINNATI            OH 45246 |

Page No
1
Sec 7 | SHH

| 05104081335 | | PAPER PAK INDUSTRIES |
| | | 1941 WHITE AVENUE |
| | | LA VERNE            CA 91750 |

P/C | C/O
C
B/C | R/
AAH | **

| | | | CLASS | | | | | |
| 4 | HANDLING UNITS: 4 UNITS OF TYPE SKID | | | | | | |
| | Indv Pcs: 4 ROLL | | | | | | |
| | Cloth or Fabric, other than with | 050 | 1040 | | 10420 | | 1083.6 |
| | pile | | | | | | |
| | or loop surfaces; coated with | | | | | | |
| | aluminum, plastic, pyroxylin or | | | | | | |
| | NMFC # 049210 / SUB # 00 | | | | | | |
| | FUEL INCREASE | | | | | | 82.9 |

*********** DRIVER MUST COLLECT FREIGHT CHARGES UPON DELIVERY. ***********

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

By:

Company:

Data:

Driver:

CONTD.

CASH        CHK        CHG

Pcs. Del'd

Date Del'd

Seal # (if Applc)

☐ Inside Delivery    ☐ Residential Delivery    ☐ Lift Gate    ☐ Other
☐ Sort & Seg – Pieces ____

COPY ORIGINAL FREIGHT

---

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989   PO BOX 60000 – SAN FRANCISCO, CA 94160 USA
(336) 889-5000

2

| RTO | CIN | NS | | NS | | CUSTOMER COPY |

| | | 12104963 | 434134 | 12/14/07 | | 05104081335 |

| PAPER PAK INDUSTRIES | Dest I/L Car | MIDWEST FILTRATION COMPANY |
| 2375 ARROW HWY | | 9775 INTERNATIONAL BLVD |
| LA VERNE            CA 91750 | | CINCINNATI            OH 45246 |

Page No
1      2
Sec 7 | SHHT
1

| 05104081335 | | PAPER PAK INDUSTRIES |
| | | 1941 WHITE AVENUE |
| | | LA VERNE            CA 91750 |

P/C | C/O/B
C
B/C | R/C
AAH | ***

HANDLING UNITS: 4 UNITS OF TYPE SKID

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
**FILE 030989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA**
**(336) 889-5000**

**1**

| RTO | CIN | NS | | NS | | | | | DUP | RP |

6/30/08

| PAPER PAK INDUSTRIES | 12104963 | 434134 | 12/14/07 | 0510408133 |
| 2375 ARROW HWY | | Dest I/L Car | | |
| LA VERNE          CA 91750 | | | | Page No |

MIDWEST FILTRATION COMPANY
9775 INTERNATIONAL BLVD
CINCINNATI          OH 45246

**Sec 7  SHM**
**2**

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE          CA 91750

**P/C    C/O/**
**C**
**B/C    R/C**
**AAH ***

05104081335

WIW
LOAD# 057095

**************    DISCOUNT ALLOWED    70.00%         758.58
**DRIVER MUST COLLECT FREIGHT CHARGES UPON DELIVERY.** ************

| 4 | 12464938 | 5102132 | 559 | 408.00 | 1040 | | C.O.D. |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:

Company:

Data:

Driver:

## COLLECT

408.00

CASH    CHK    CHG

Pcs. Del'd

Seal # (if Apple)

☐ Inside Delivery   ☐ Residential Delivery   ☐ Lift Gate   ☐ Other
☐ Sort & Seg - Pieces _____

Date Del'd
COPY ORIGINAL FREIGHT

---

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
**FILE 030989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA**
**(336) 889-5000**

**2**

| RTO | CIN | NS | | NS | | CUSTOMER COPY |

| PAPER PAK INDUSTRIES | 12104963 | 434134 | 12/14/07 | 05104081335 |
| 2375 ARROW HWY | | Dest I/L Car | | |
| LA VERNE          CA 91750 | | | | Page No |

MIDWEST FILTRATION COMPANY
9775 INTERNATIONAL BLVD
CINCINNATI          OH 45246

**2    2**
**Sec 7  SHT**
**1**

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE          CA 91750

**P/C    C/O/E**
**C**
**B/C    R/C**
**AAH ***

05104081335

WIW
LOAD# 057095

**************    DISCOUNT ALLOWED    70.00%         758.58
**DRIVER MUST COLLECT FREIGHT CHARGES UPON DELIVERY.** ************

| 4 | 12464938 | 5102132 | 559 | 408.00 | 1040 | | C.O.D. |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:

Company:

Data:

Driver:

## COLLECT

408.00

CASH    CHK    CHG

Pcs. Del'd

☐ Inside Delivery   ☐ Residential Delivery   ☐ Lift Gate   ☐ Other

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
### 1
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| ATL | AUG | NS | | 2621210410 | | 6/30/08 | DUP | RP |

| | | 12104963 | 482982 | 12/18/07 | | 1330069520 |

COSTCO WHOLESALE
4250 S FULTON PKWY
GEORGIA DEPOT 262
ATLANTA                     GA 30349

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY

WASHINGTON                  GA 30673

Page No
1
Sec 7 | SHM

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                    CA 91750

P/C | C/O/C
P
B/C | R/C
UBP | ***

13300695205

| Pieces | Description | CLASS | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 5 | HANDLING UNITS: 5 UNITS OF TYPE SKID<br>CAL 404 461 0002 FOR RECV APPT<br>CARRIER MUST CALL WITHIN 72 HRS PRIOR<br>TO DEL<br>Quote# 9960974<br>Batting, Batts, Pads, Padding,<br>Wads or<br>Wadding, consisting of cotton fibres<br>or consisting predominantly by weight | 050 | 4125 | 1202 | 495.83 | 11.00 |

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:

Driver:

CONTD.

Company:

Date:

CASH | CHK | CHG

Pcs. Del'd

Seal # (if Applc)

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other
☐ Sort & Seg - Pieces ____

Data Del'd

COPY ORIGINAL FREIGHT

---

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
### 2
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| ATL | AUG | NS | | 2621210410 | | CUSTOMER COPY |

| | | 12104963 | 482982 | 12/18/07 | | 13300695205 |

COSTCO WHOLESALE
4250 S FULTON PKWY
GEORGIA DEPOT 262
ATLANTA                     GA 30349

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY

WASHINGTON                  GA 30673

Page No
1    2
Sec 7 | SHMT
1

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                    CA 91750

P/C | C/O/C
P
B/C | R/C
UBP | ***

13300695205

| Pieces | Description | CLASS | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 5 | HANDLING UNITS: 5 UNITS OF TYPE SKID<br>CAL 404 461 0002 FOR RECV APPT<br>CARRIER MUST CALL WITHIN 72 HRS PRIOR<br>TO DEL<br>Quote# 9960974<br>Batting, Batts, Pads, Padding,<br>Wads or<br>Wadding, consisting of cotton fibres<br>or consisting predominantly by weight | 050 | 4125 | 1202 | 495.83 | 11.00 |

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:

Driver:

CONTD.

Company:

Date:

CASH | CHK | CHG

Pcs. Del'd

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030969  PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

1

| ATL | AUG | NS | | 2621210410 | | | 6/30/08 | DUP | RP |

| COSTCO WHOLESALE | 12104963 | 482982 | 12/18/07 | 13300695205 |
4250 S FULTON PKWY
GEORGIA DEPOT 262
ATLANTA                    GA 30349

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON                 GA 30673

Page No 2
Sec 7  SHMT

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                   CA 91750

P/C P   C/O/G
B/C R/C
JBP **

13300695205

NMFC # 149020 / SUB # 00
FUEL INCREASE
LOAD# NS
CONSIGNEE PHONE#: NS
          RATED AS- ,   DEFICIT WEIGHT     875   5000  1202   105.18
                        DISCOUNT ALLOWED              70.00%  420.71

42.37

| 5 | 12250501 | 12460139 | 559 | | 4125 | 5000 | C.O.D. |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:
Company:
          Date:

Driver:

233.67       .00

CASH   CHK   CHG
Pcs. Del'd

Inside Delivery  Residential Delivery  Lift Gate  Other
Sort & Seg - Pieces ____

Seal # (if Applc)

Date Del'd
COPY ORIGINAL FREIGHT

---

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030969  PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

2

| ATL | AUG | NS | | 2621210410 | | CUSTOMER COPY |

COSTCO WHOLESALE   12104963  482982  12/18/07  13300695205
4250 S FULTON PKWY
GEORGIA DEPOT 262
ATLANTA                    GA 30349

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON                 GA 30673

Page No 2  2
Sec 7  SHMT 1

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                   CA 91750

P/C P   C/O/G
B/C R/C
JBP ***

13300695205

NMFC # 149020 / SUB # 00
FUEL INCREASE
LOAD# NS
CONSIGNEE PHONE#: NS
          RATED AS- ,   DEFICIT WEIGHT     875   5000  1202   105.18
                        DISCOUNT ALLOWED              70.00%  420.71

42.37

| 5 | 12250501 | 12460139 | 559 | | 4125 | 5000 | C.O.D. |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:
Company:
          Date:

Driver:

233.67       00

CASH   CHK   CHG
Pcs. Del'd

Inside Delivery  Residential Delivery  Lift Gate  Other

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| NGA | AUG | B1221 | | NS | | | DUP | | RP |
| | | | | | | 6/30/08 | | | |

| NORDSON CORPORATION | | | Dest I/L Car | PAPER PAK INDUSTRIES | | 13300695213 |
| 12 NORDSON DRIVE | | | | 1 PAPER PAK PARKWAY | | Page No |
| DAWSONVILLE | | GA 30534 | | WASHINGTON | GA 30673 | 1 |
| | | | | | | Sec 7 / SHMT |

12104963  482982  12/18/07   13300695213

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                    CA 91750

P/C  P
B/C  IBP   R/C ***

13300695213

| Pieces | | | | | | | Weight | | Rate | Prepaid | |
| 1 | HANDLING UNITS: 1 UNITS OF TYPE WSKD | | | | | 050 | 710 | | | |
| | GLUE UNIT | | | | | | | | |
| | RA 1004099 | | | | | | | | |
| | FUEL INCREASE | | | | | | | 13.87 | |
| | Rate Clerk: RKE | | | | | | | | |
| | LOAD# NS | | | | | | | | |
| | CONSIGNEE PHONE#: NS | | | | | | | | |
| | | | MINIMUM CHARGE | | | | | 59.00 | |

| 1 | 12578663 | 12460139 | 559 | | 710 | C.O.D. | |
| | | | | | | 72.87 | .00 |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:

Company:

Date:

Seal # (if Applc)

Driver:

☐ Inside Delivery   ☐ Residential Delivery   ☐ Lift Gate   ☐ Other _____
☐ Sort & Seg - Pieces _____

CASH ☐   CHK ☐   CHG ☐
Pcs. Del'd
Date Del'd
COPY ORIGINAL FREIGHT

---

# OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| NGA | AUG | B1221 | | NS | | CUSTOMER COPY |

| NORDSON CORPORATION | | | Dest I/L Car | PAPER PAK INDUSTRIES | | 13300695213 |
| 12 NORDSON DRIVE | | | | 1 PAPER PAK PARKWAY | | Page No |
| DAWSONVILLE | | GA 30534 | | WASHINGTON | GA 30673 | 1 |
| | | | | | | Sec 7 / SHMT |

12104963  482982  12/18/07   13300695213

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                    CA 91750

P/C  P
B/C  IBP   R/C ***

13300695213

| 1 | HANDLING UNITS: 1 UNITS OF TYPE WSKD | | | | | 050 | 710 | | | |
| | GLUE UNIT | | | | | | | | |
| | RA 1004099 | | | | | | | | |
| | FUEL INCREASE | | | | | | | 13.87 | |
| | Rate Clerk: RKE | | | | | | | | |
| | LOAD# NS | | | | | | | | |
| | CONSIGNEE PHONE#: NS | | | | | | | | |
| | | | MINIMUM CHARGE | | | | | 59.00 | |

| 1 | 12578663 | 12460139 | 559 | | 710 | C.O.D. | |
| | | | | | | 72.87 | .00 |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:

Company:

Date:

Driver:

☐ Inside Delivery   ☐ Residential Delivery   ☐ Lift Gate   ☐ Other _____

CASH ☐   CHK ☐   CHG ☐
Pcs. Del'd
Date Del'd

# 1

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989  PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| MCN | AUG | NS | | | 2412770PRY | | 6/30/08 | DUP | RP |

| PERDUE FARMS INC | 12104963 | 482982 | 12/18/07 | 1330069522 |
| 250 GA HWY 247 SPUR | | Dest I/L Car | PAPER PAK INDUSTRIES | Page No |
| | | | 1 PAPER PAK PARKWAY | |
| PERRY | GA 31069 | | WASHINGTON | GA 30673 | 1 |
| | | | | Sec 7 SHH |

| | | | PAPER PAK INDUSTRIES | P/C C/O. |
| | | | 1941 WHITE AVENUE | P |
| 1330069521 | | | LA VERNE | CA 91750 | B/C R/C |
| | | | | JBP *** |

| 5 | HANDLING UNITS: 5 UNITS OF TYPE WSKD | | | | | |
| | Quote# 9971775 | | | | | |
| | Batting, Batts, Pads, Padding, | 050 | 4055 | 1396 | 566.08 |
| | Wads or | | | | | |
| | Wadding, consisting of cotton fibres | | | | | |
| | or consisting predominantly by weight | | | | | |
| | NMFC # 149020 / SUB # 00 | | | | | |
| | REQUIRED Delivery Date 12/21/07 | | | | | |
| | Cmnt: AM DEL | | | | | |

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

By:

Company:

Date:

Driver:

CONTD

Seal # (If Applc)

☐ Inside Delivery ☐ Residential Delivery ☐ Lift Gate ☐ Other

CASH  CHK  CHG

Pcs. Del'd

☐ Sort & Seg - Pieces

Date Del'd

COPY ORIGINAL FREIGHT

---

# 2

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989  PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

| MCN | AUG | NS | | | 2412770PRY | | CUSTOMER COPY |

| PERDUE FARMS INC | 12104963 | 482982 | 12/18/07 | 1330069521 |
| 250 GA HWY 247 SPUR | | Dest I/L Car | PAPER PAK INDUSTRIES | Page No |
| PERRY | GA 31069 | | 1 PAPER PAK PARKWAY | |
| | | | WASHINGTON | GA 30673 | 1 2 |
| | | | | Sec 7 SHMT |
| | | | | 1 |

| | | | PAPER PAK INDUSTRIES | P/C C/O/G |
| | | | 1941 WHITE AVENUE | P |
| 1330069521 | | | LA VERNE | CA 91750 | B/C R/C |
| | | | | JBP *** |

| 5 | HANDLING UNITS: 5 UNITS OF TYPE WSKD | | | | | |
| | Quote# 9971775 | | | | | |
| | Batting, Batts, Pads, Padding, | 050 | 4055 | 1396 | 566.08 |
| | Wads or | | | | | |
| | Wadding, consisting of cotton fibres | | | | | |
| | or consisting predominantly by weight | | | | | |
| | NMFC # 149020    SUB # 00 | | | | | |
| | REQUIRED Delivery Date 12/21/07 | | | | | |
| | Cmnt: AM DEL | | | | | |

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

By:

Company:

Date:

Driver:

CONTD

CASH  CHK  CHG

Pcs. Del'd

☐ Inside Delivery ☐ Residential Delivery ☐ Lift Gate ☐ Other

Date Del'd

JUN-30-2008 13:39 From:                                    To:+3126095001                    P.2/18



OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

1

| MCN | AUG | NS | | 214277OPRY | | | | DUP | | RP |

12104963  482982  12/27/07  1330069523

PERDUE FARMS
250 GA HWY 247 SPUR
PERRY                           GA 31069

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON                      GA 30673

Page No
1

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                        CA 91750

13300695239

HANDLING UNITS: 5 UNITS OF TYPE SKID
48 HR ADV
Quote# 9995098
Indv Pcs: 240 OTH
5    U Z SOAKER 5X7.25 I149265        050    4070         1396    568.17
DOES NOT REQUIRE A DROP TRAILER
FUEL INCREASE                                                      49.21
LOAD# NS
RATED AS- ,    DEFICIT WEIGHT    930    5000    1396    129.83

11.00

C.O.D.

CONTD.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:
Company:
Date:

Driver:

CASH    CHK    CHG
Pcs. Del'd
Date Del'd

Seal # (if Applc)    Sort & Seg - Pieces    Inside Delivery    Residential Delivery    Lift Gate    Other    COPY ORIGINAL FREIGH

---

OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

2

| MCN | AUG | NS | | 214277OPRY | | CUSTOMER COPY |

12104963  482982  12/27/07  1330069523

PERDUE FARMS
250 GA HWY 247 SPUR
PERRY                           GA 31069

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON                      GA 30673

Page No
1

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                        CA 91750

13300695239

HANDLING UNITS: 5 UNITS OF TYPE SKID
48 HR ADV
Quote# 9995098
Indv Pcs: 240 OTH
5    U Z SOAKER 5X7.25 I149265        050    4070         1396    568.17
DOES NOT REQUIRE A DROP TRAILER
FUEL INCREASE                                                      49.21
LOAD# NS
RATED AS- ,    DEFICIT WEIGHT    930    5000    1396    129.83

11.00

C.O.D.

CONTD.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:
Company:
Date:

Driver:

CASH    CHK    CHG
Pcs. Del'd

Inside Delivery    Residential Delivery    Lift Gate    Other

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

1

| MCN | AUG | NS | | 214277OPRY | | | | DUP | RP |

6/30/08

| | | | 12104963 | 482982 | 12/27/07 | 1330069523 |

PERDUE FARMS
250 GA HWY 247 SPUR
PERRY            GA 31069

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON          GA 30673

Page No
2

Sec 7    SHH

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE            CA 91750

P/C    C/O
P

B/C    R/
AAR    **

13300695239

DISCOUNT ALLOWED                    70.00%    488.60

| 5 | | 12460139 | 559 | | 4070 | 5000 | C.O.D. |

269.61            .0

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

By:

Company:

Date:

Seal # (if Applc)

Driver:

☐ Inside Delivery    ☐ Residential Delivery    ☐ Lift Gate    ☐ Other

☐ Sort & Seg - Pieces _____

CASH ☐    CHK ☐    CHG ☐

Pos. Del'd

Date Del'd

COPY ORIGINAL FREIG

---

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

2

| MCN | AUG | NS | | 214277OPRY | | | CUSTOMER COPY |

| | | | 12104963 | 482982 | 12/27/07 | 1330069523 |

PERDUE FARMS
250 GA HWY 247 SPUR
PERRY            GA 31069

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON          GA 30673

Page No
2

Sec 7    SHH

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE            CA 91750

P/C    C/O
P

B/C    R/
AAR    **

13300695239

DISCOUNT ALLOWED                    70.00%    488.60

| 5 | | 12460139 | 559 | | 4070 | 5000 | C.O.D. |

269.61            .0

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

By:

Company:

Date:

Driver:

☐ Inside Delivery    ☐ Residential Delivery    ☐ Lift Gate    ☐ Other

CASH ☐    CHK ☐    CHG ☐

Pcs. Del'd

JUN-30-2008 13:40 From:                                                    To:+3126095001                    P.4/18

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
### FILE 050989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
### (336) 889-5000

**1**

| CIN | AUG | 0000553312062500 | 0720838 | | DUP 6/30/08 | RP |

12104963  794773  12/28/07  1330069524

| | | Dest I/L Car | | Page No |
|---|---|---|---|---|

SALLFELD RE DISTRIBUTION
3500 LANGLEY DR

HEBRON                    KY 41048

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY

WASHINGTON                    GA 30673          **1**    Sec 7 | SHP

PAPER PAK INDUSTRIES
1941 WHITE AVENUE

LA VERNE                    CA 91750

P/C | C/O
**P**
B/C | R/C
UBP | **

13300695247

HANDLING UNITS: 3 UNITS OF TYPE SKID
CALL WITHIN 48 HRS IN ADVANCE FOR DEL
APPT 859 212 2450
UZ SOAKERS I149265 4.5 X 7          050    2220          3425    760.35
REF 10000072                                                    53.60
FUEL INCREASE
Rate Clerk: RKE
LOAD# NS
CONSIGNEE PHONE#: NS

11.00

**C.O.D.**

CONTD.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED        Driver:
By:                                                              CASH        CHK        CHG
Company:                                          ☐ Inside        ☐ Residential    ☐ Lift        ☐ Other
              Date:                              Delivery        Delivery        Gate                Pcs. Del'd

Seal # (if Applc)        ☐ Sort &        Data Del'd
              Seg - Pieces ____        COPY ORIGINAL FREIGH

---

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
### FILE 050989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
### (336) 889-5000

**2**

| CIN | AUG | 0000553312062500 | 0720838 | CUSTOMER COPY |

12104963  794773  12/28/07  1330069524

SALLFELD RE DISTRIBUTION
3500 LANGLEY DR

HEBRON                    KY 41048

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY

WASHINGTON                    GA 30673          **1**    Sec 7 | SHP

PAPER PAK INDUSTRIES
1941 WHITE AVENUE

LA VERNE                    CA 91750

P/C | C/O
**P**
B/C | R/
UBP | **

13300695247

HANDLING UNITS: 3 UNITS OF TYPE SKID
CALL WITHIN 48 HRS IN ADVANCE FOR DEL
APPT 859 212 2450
UZ SOAKERS I149265 4.5 X 7          050    2220          3425    760.35
REF 10000072                                                    53.60
FUEL INCREASE
Rate Clerk: RKE
LOAD# NS
CONSIGNEE PHONE#: NS

11.00

**C.O.D.**

CONTD.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED        Driver:
By:                                                              CASH        CHK        CHG
Company:                                          ☐ Inside        ☐ Residential    ☐ Lift        ☐ Other
              Date:                              Delivery        Delivery        Gate                Pcs. Del'd

JUN-30-2008 13:41 From:                                          To:+3126055001                  P.5/18

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**1**

| CIN | AUG | 0000553312062500 | 0720838 | | 6/30/08 | DUP | RP |

|  | | 12104963  794773 | 12/28/07 | 1330069524 |

SALLFELD RE DISTRIBUTION
3500 LANGLEY DR                    Dest I/L Car

HEBRON                    KY 41048

Page No

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY

WASHINGTON                    GA 30673

**2**

Sec 7  SHM

PAPER PAK INDUSTRIES
1941 WHITE AVENUE

LA VERNE                    CA 91750

P/C  C/O
**P**
B/C  R/
UBP  **

13300695247

DISCOUNT ALLOWED                    70.00%   532.25

| 3 | 12452499 | 12460139 | 559 | 2220 | C.O.D. |

292.70        0

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

By:

Company:

Date:

Driver:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

☐ Sort & Seg - Pieces ____

Seal # (if Applc)

CASH ☐   CHK ☐   CHG ☐

Pcs. Del'd

Date Del'd

COPY ORIGINAL FREIG

---

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**2**

| CIN | AUG | 0000553312062500 | 0720838 | | CUSTOMER COPY |

|  | | 12104963  794773 | 12/28/07 | 1330069524 |

SALLFELD RE DISTRIBUTION
3500 LANGLEY DR                    Dest I/L Car

HEBRON                    KY 41048

Page No

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY

WASHINGTON                    GA 30673

**2**

Sec 7  SH

PAPER PAK INDUSTRIES
1941 WHITE AVENUE

LA VERNE                    CA 91750

P/C  C/O
**P**
B/C  R/
UBP  **

13300695247

DISCOUNT ALLOWED                    70.00%   532.25

| 3 | 12452499 | 12460139 | 559 | 2220 | C.O.D. |

292.70        0

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

By:

Company:

Date:

Driver:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

CASH ☐   CHK ☐   CHG ☐

Pcs. Del'd

JUN-30-2008 13:41 From:                                    To:+3126095001           P.6/18

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989  PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**1**

| POR | AUG | NS | | 8621 | | 6/30/08 | DUP | RP |
|-----|-----|-----|---|------|---|---------|-----|-----|

12104963  483615    12/31/07       1330069525

| | | Dest I/L Cor | | | Page No |
|---|---|---|---|---|---|
| BUNZL MAINE | | | PAPER PAK INDUSTRIES | | **1** |
| 49 SANFORD DR | | | 1 PAPER PAK PARKWAY | | Sec 7  SHP |
| GORHAM        ME 04038 | | | WASHINGTON         GA 30673 | | P/C  C/O |
| | | | PAPER PAK INDUSTRIES | | P |
| | | | 1941 WHITE AVENUE | | B/C  R/C |
| | | | LA VERNE          CA 91750 | | AAR ** |

13300695254

| | HANDLING UNITS: 6 UNITS OF TYPE SKID | | | | 11.00 |
|---|---|---|---|---|---|
| | 48 HR ADV 508 835 6021 | | | | |
| 6 | Indv Pcs: 255 PACK | 050 | 4870 | 4605 | 2242.64 |
| | ULTRA ZAP 4X7 | | | | 176.14 |
| | FUEL INCREASE | | | | |
| | Rate Clerk: RKE | | | | |
| | LOAD# NS      RATED AS- , DEFICIT WEIGHT | 130 | 5000 | 4605 | 59.87 |
| | DISCOUNT ALLOWED | | | 70.00% | 1611.76 |

C.O.D.

CONTD.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED | Driver:

By:

Company:

Date:

Seal # (if Applc)

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other ____

☐ Sort & Seg - Pieces ____

CASH ☐   CHK ☐   CHG ☐

Pcs. Del'd

Date Del'd

COPY ORIGINAL FREIGH

---

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989  PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**2**

| POR | AUG | NS | | 8621 | CUSTOMER COPY |
|-----|-----|-----|---|------|---------------|

12104963  483615    12/31/07       1330069525

| | | Dest I/L Cor | | | Page No |
|---|---|---|---|---|---|
| BUNZL MAINE | | | PAPER PAK INDUSTRIES | | **1** |
| 49 SANFORD DR | | | 1 PAPER PAK PARKWAY | | Sec 7  SHP |
| GORHAM        ME 04038 | | | WASHINGTON         GA 30673 | | P/C  C/O |
| | | | PAPER PAK INDUSTRIES | | P |
| | | | 1941 WHITE AVENUE | | B/C  R/ |
| | | | LA VERNE          CA 91750 | | AAR ** |

13300695254

| | HANDLING UNITS: 6 UNITS OF TYPE SKID | | | | 11.00 |
|---|---|---|---|---|---|
| | 48 HR ADV 508 835 6021 | | | | |
| 6 | Indv Pcs: 255 PACK | 050 | 4870 | 4605 | 2242.64 |
| | ULTRA ZAP 4X7 | | | | 176.14 |
| | FUEL INCREASE | | | | |
| | Rate Clerk: RKE | | | | |
| | LOAD# NS      RATED AS- , DEFICIT WEIGHT | 130 | 5000 | 4605 | 59.87 |
| | DISCOUNT ALLOWED | | | 70.00% | 1611.76 |

C.O.D.

CONTD.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED | Driver:

By:

Company:

Date:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other ____

CASH ☐   CHK ☐   CHG ☐

Pcs. Del'd

JUN-30-2008 13:41 From:                          To:+3126095001              P.7/18

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 050989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**1**

| POR | AUG | NS | | 8621 | | DUP | RP |

6/30/08

| | | | | 12104963 | 483615 | 12/31/07 | 13300695254 |

BUNZL MAINE
49 SANFORD DR
GORHAM            ME 04038

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON            GA 30673

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE            CA 91750

Page No
**2**
Sec 7  SHM
P/C   C/O/
**P**
R/C   R/
AAR   **

13300695254

| 6 | | 12460139 | 559 | | 4870 | 5000 | C.O.D. |

877.89

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:
Company:
Date:
Seal # (if Applc)

Driver:

CASH        CHK        CHG

☐ Inside Delivery   ☐ Residential Delivery   ☐ Lift Gate   ☐ Other
☐ Sort & Seg - Pieces _____

Pcs. Del'd
Date Del'd
COPY ORIGINAL FREIGH

---

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 050989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**2**

| POR | AUG | NS | | 8621 | | CUSTOMER COPY |

| | | | | 12104963 | 483615 | 12/31/07 | 1330069525 |

BUNZL MAINE
49 SANFORD DR
GORHAM            ME 04038

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON            GA 30673

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE            CA 91750

Page No
**2**
Sec 7  SH
P/C   C/O
**P**
R/C   R/
AAR   **

13300695254

| 6 | | 12460139 | 559 | | 4870 | 5000 | C.O.D. |

877.89

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:
Company:
Date:

Driver:

CASH        CHK        CHG

☐ Inside Delivery   ☐ Residential Delivery   ☐ Lift Gate   ☐ Other
Pcs. Del'd

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989 PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

1

| MCN | AUG | NS | | 214277OPRY | 6/30/08 DUP | RP |

| | 12104963 481994 | 1/03/08 | 13300712323 |

**PERDUE FARMS INC**
250 GA HWY 247 SPUR

PERRY          GA 31069

Dest I/L Car

**PAPER PAK INDUSTRIES**
1 PAPER PAK PARKWAY

WASHINGTON          GA 30673

Page No
Sec 7     SHPT
1

**PAPER PAK INDUSTRIES**
1941 WHITE AVENUE

LA VERNE          CA 91750

P/C  C/O/
P
B/C  R/
AAR  **

13300712323

| 5 | HANDLING UNITS: 5 UNITS OF TYPE SKID<br>48 HR ADV<br>Indv Pcs: 240 PACK<br>U2 SOAKER<br>REQUIRED Delivery Date 01/04/08<br>Cmnt:<br>AM DELIV<br>DOES NOT REQUIRE A DROP TRAILER<br>FUEL INCREASE | 050 | 4015 | 1396 | 11.00<br><br>560.49<br><br><br>49.21 |

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

By:

Company:

Date:

Seal # (if Applc)

Driver:

□ Inside Delivery  □ Residential Delivery  □ Lift Gate  □ Other

□ Sort & Seg - Pieces _____

CONTD.

CASH □   CHK □   CHG □

Pcs. Del'd

Date Del'd

COPY ORIGINAL FREIG

---

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989 PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

2

| MCN | AUG | NS | | 214277OPRY | CUSTOMER COPY |

| | 12104963 481994 | 1/03/08 | 1330071232 |

**PERDUE FARMS INC**
250 GA HWY 247 SPUR

PERRY          GA 31069

Dest I/L Car

**PAPER PAK INDUSTRIES**
1 PAPER PAK PARKWAY

WASHINGTON          GA 30673

Page No
Sec 7     SHP
1

**PAPER PAK INDUSTRIES**
1941 WHITE AVENUE

LA VERNE          CA 91750

P/C  C/O
P
B/C  R/
AAR  **

13300712323

| 5 | HANDLING UNITS: 5 UNITS OF TYPE SKID<br>48 HR ADV<br>Indv Pcs: 240 PACK<br>U2 SOAKER<br>REQUIRED Delivery Date 01/04/08<br>Cmnt:<br>AM DELIV<br>DOES NOT REQUIRE A DROP TRAILER<br>FUEL INCREASE | 050 | 4015 | 1396 | 11.00<br><br>560.49<br><br><br>49.21 |

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

By:

Company:

Date:

Driver:

□ Inside Delivery  □ Residential Delivery  □ Lift Gate  □ Other

CONTD.

CASH □   CHK □   CHG □

Pcs. Del'd

Case 1:08-cv-03117    Document 10-2    Filed 06/30/2008    Page 30 of 39

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

1

| | | | | | | DUP | RP |

| MCN | AUG | NS | | | 214277OPRY | 6/30/08 | |

| | | 12104963 | 481994 | 1/03/08 | 1330071232 |

| PERDUE FARMS INC | Dest I/L Car | PAPER PAK INDUSTRIES | Page No |
| 250 GA HWY 247 SPUR | | 1 PAPER PAK PARKWAY | 2 |
| PERRY            GA 31069 | | WASHINGTON          GA 30673 | Sec 7  SHI |

| | PAPER PAK INDUSTRIES | P/C  C/O |
| | 1941 WHITE AVENUE | P |
| 13300712323 | LA VERNE            CA 91750 | B/C  R/C |
| | | AAR ** |

| Rate Clerk: LJS | | | | | | |
| LOAD# NS    RATED AS- ,  DEFICIT WEIGHT | 985 | 5000 | 1396 | 137.51 |
| DISCOUNT ALLOWED | | | 70.00% | 488.60 |

| 5 | 12460139 | 559 | 4015 | 5000 | C.O.D. |
| | | | | | 269.61 | 0 |

| RECEIVED IN GOOD CONDITION EXCEPT AS NOTED | Driver: | | CASH | CHK | CHG |
| By: | | | |
| Company: | | Pcs. Del'd |
| | Date: | ☐ Inside   ☐ Residential   ☐ Lift   ☐ Other |
| | | Delivery    Delivery    Gate |
| Seal # (if Applc) | ☐ Sort &   ☐ Seg - Pieces | Date Del'd |
| | | COPY ORIGINAL FREIGH |

---

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

2

| MCN | AUG | NS | | | 214277OPRY | CUSTOMER COPY |

| | | 12104963 | 481994 | 1/03/08 | 1330071232 |

| PERDUE FARMS INC | Dest I/L Car | PAPER PAK INDUSTRIES | Page No |
| 250 GA HWY 247 SPUR | | 1 PAPER PAK PARKWAY | 2 |
| PERRY            GA 31069 | | WASHINGTON          GA 30673 | Sec 7  SHI |

| | PAPER PAK INDUSTRIES | P/C  C/O |
| | 1941 WHITE AVENUE | P |
| 13300712323 | LA VERNE            CA 91750 | B/C  R/ |
| | | AAR ** |

| Rate Clerk: LJS | | | | | | |
| LOAD# NS    RATED AS- ,  DEFICIT WEIGHT | 985 | 5000 | 1396 | 137.51 |
| DISCOUNT ALLOWED | | | 70.00% | 488.60 |

| 5 | 12460139 | 559 | 4015 | 5000 | C.O.D. |
| | | | | | 269.61 | 0 |

| RECEIVED IN GOOD CONDITION EXCEPT AS NOTED | Driver: | | CASH | CHK | CHG |
| By: | | | |
| Company: | | Pcs. Del'd |
| | Date: | ☐ Inside   ☐ Residential   ☐ Lift   ☐ Other |
| | | Delivery    Delivery    Gate |

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**1**

| | | | | | DUP | | RP |
|---|---|---|---|---|---|---|---|
| SFD | AUG | NS | | 2075200GP | 6/30/08 | | |

12104963   482982   1/07/08   13300712331

| | | | Page No |
|---|---|---|---|
| PERDUE FARMS | Dest I/L Car | PAPER PAK INDUSTRIES | 2 |
| 200 SAVANNAH RD | | 1 PAPER PAK PARKWAY | |
| GEORGETOWN   DE 19947 | | WASHINGTON   GA 30673 | Sec 7   SHPT  1 |
| | | | P/C   C/O/F |
| | | PAPER PAK INDUSTRIES | P |
| | | 1941 WHITE AVENUE | B/C   R/R |
| | | LA VERNE   CA 91750 | AAR   *** |

13300712331

| | HANDLING UNITS: 4 UNITS OF TYPE SKID | | | | 11.00 |
|---|---|---|---|---|---|
| | 48 HR ADV | | | | |
| | Quote# 10027976 | | | | |
| 4 | Indv Pcs: 144 OTH | 050 | 3010 | 4535 | 1365.04 |
| | UZ SOAKER I149040 | | | | 104.43 |
| | DROP TRAILER REQD | | | | |
| | FUEL INCREASE | | | | |
| | Rate Clerk: LJS | | | | |
| | LOAD# NS | | | | C.O.D. |

CONTD.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED    Driver:

By:
Company:                                              CASH [ ]   CHK [ ]   CHG [ ]
              Date:                    [ ] Inside      [ ] Residential   [ ] Lift   [ ] Other ___   Pcs. Del'd
Seal # (if Applc)                        Delivery        Delivery       Gate
                                        [ ] Sort &                                 Date Del'd
                                        [ ] Seg - Pieces ___              COPY ORIGINAL FREIG

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**2**

| | | | | | CUSTOMER COPY |
|---|---|---|---|---|---|
| SFD | AUG | NS | | 2075200GP | |

12104963   482982   1/07/08   1330071233

| | | | Page No |
|---|---|---|---|
| PERDUE FARMS | Dest I/L Car | PAPER PAK INDUSTRIES | 1 |
| 200 SAVANNAH RD | | 1 PAPER PAK PARKWAY | |
| GEORGETOWN   DE 19947 | | WASHINGTON   GA 30673 | Sec 7   SHP |
| | | | P/C   C/O |
| | | PAPER PAK INDUSTRIES | P |
| | | 1941 WHITE AVENUE | B/C   R/ |
| | | LA VERNE   CA 91750 | AAR   ** |

13300712331

| | HANDLING UNITS: 4 UNITS OF TYPE SKID | | | | 11.00 |
|---|---|---|---|---|---|
| | 48 HR ADV | | | | |
| | Quote# 10027976 | | | | |
| 4 | Indv Pcs: 144 OTH | 050 | 3010 | 4535 | 1365.04 |
| | UZ SOAKER I149040 | | | | 104.43 |
| | DROP TRAILER REQD | | | | |
| | FUEL INCREASE | | | | |
| | Rate Clerk: LJS | | | | |
| | LOAD# NS | | | | C.O.D. |

CONTD.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED    Driver:
By:
Company:                                              CASH [ ]   CHK [ ]   CHG [ ]
              Date:                    [ ] Inside      [ ] Residential   [ ] Lift   [ ] Other   Pcs. Del'd
                                         Delivery        Delivery       Gate

JUN-30-2008 13:43 From:                                To:+3126095001        P.11/18

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
### FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
### (336) 889-5000

**1**

|  |  |  |  |  |  |  | DUP |  | RP |
|---|---|---|---|---|---|---|---|---|---|
| SFD | AUG | NS |  | 2075200GP |  | 6/30/08 |  |  |  |

12104963  482982    1/07/08    13300712331

PERDUE FARMS
200 SAVANNAH RD
GEORGETOWN          DE 19947          Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON              GA 30673

Page No
2   2
Sec 7  SHT
1

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                CA 91750

P/C  C/O/(
P
B/C  R/C
AAR ***

13300712331

DISCOUNT ALLOWED                    70.00%   955.53

| 4 | 12683859 | 12460139 | 559 |  | 3010 |  | C.O.D. |
|---|---|---|---|---|---|---|---|

524.94    .0

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED     Driver:

By:

Company:

Date:

Seal # (1f Applc)

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other _____

☐ Sort & Seg - Pieces _____

CASH ☐   CHK ☐   CHG ☐

Pcs. Del'd

Date Del'd

COPY ORIGINAL FREIGH

---

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
### FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
### (336) 889-5000

**2**

|  |  |  |  |  |  | CUSTOMER COPY |
|---|---|---|---|---|---|---|
| SFD | AUG | NS |  | 2075200GP |  |  |

12104963  482982    1/07/08    1330071233

PERDUE FARMS
200 SAVANNAH RD
GEORGETOWN          DE 19947          Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON              GA 30673

Page No
2
Sec 7  SHP

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                CA 91750

P/C  C/O
P
B/C  R/
AAR **

13300712331

DISCOUNT ALLOWED                    70.00%   955.53

| 4 | 12683859 | 12460139 | 559 |  | 3010 |  | C.O.D. |
|---|---|---|---|---|---|---|---|

524.94    .0

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED     Driver:

By:

Company:

Date:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other _____

CASH ☐   CHK ☐   CHG ☐

Pcs. Del'd

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**1**

| MCN | AUG | NS | | 2142770PRY | | 6/30/08 | DUP | RP |

|  |  |  | 12104963 | 482982 | 1/08/08 | 13300712349 |

PERDUE FARMS INC
250 GA HWY 247 SPUR
PERRY            GA 31069

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON            GA 30673

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE            CA 91750

Page No   1   2
Sec 7  SHT
P/C   C/O/
P
B/C   R/
AAR   ***

13300712349

| 5 | HANDLING UNITS: 5 UNITS OF TYPE SKID<br>48 HR ADV<br>Quote# 10035919<br>Indv Pcs: 240 OTH<br>UZ SOAKER I149040<br>REQUIRED Delivery Date 01/10/08<br>  Cmnt: AM DELIV<br>FUEL INCREASE<br>Rate Clerk: LJS | 050 | 4105 | 1396 | 11.00<br><br><br>573.06<br><br>49.21 |

C.O.D.

CONT'D

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:
Company:
                    Date:

Smpl # (if Applc)

Driver:

☐ Inside Delivery   ☐ Residential Delivery   ☐ Lift Gate   ☐ Other _____
☐ Sort #
☐ Seg - Pieces _____

☐ CASH   ☐ CHK   ☐ CHG
Pcs. Del'd
Date Del'd
COPY ORIGINAL FREIGH

---

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**2**

| MCN | AUG | NS | | 2142770PRY | | CUSTOMER COPY |

|  |  |  | 12104963 | 482982 | 1/08/08 | 13300712349 |

PERDUE FARMS INC
250 GA HWY 247 SPUR
PERRY            GA 31069

Dest I/L Car

PAPER PAK INDUSTRIES
1 PAPER PAK PARKWAY
WASHINGTON            GA 30673

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE            CA 91750

Page No   1
Sec 7  SH
P/C   C/O
P
B/C   R/
AAR  **

13300712349

| 5 | HANDLING UNITS: 5 UNITS OF TYPE SKID<br>48 HR ADV<br>Quote# 10035919<br>Indv Pcs: 240 OTH<br>UZ SOAKER I149040<br>REQUIRED Delivery Date 01/10/08<br>  Cmnt: AM DELIV<br>FUEL INCREASE<br>Rate Clerk: LJS | 050 | 4105 | 1396 | 11.00<br><br><br>573.06<br><br>49.21 |

C.O.D.

CONT'D

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:
Company:
                    Date:

Driver:

☐ Inside Delivery   ☐ Residential Delivery   ☐ Lift Gate   ☐ Other _____

☐ CASH   ☐ CHK   ☐ CHG
Pcs. Del'd

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

1

| MCN | AUG | NS | | | 214277OPRY | | 6/30/08 | DUP | | RP |

12104963    482982    1/08/08    1330071234

| PERDUE FARMS INC | Dest I/L Car | PAPER PAK INDUSTRIES | | Page No |
| 250 GA HWY 247 SPUR | | 1 PAPER PAK PARKWAY | | 2 |
| PERRY | GA 31069 | WASHINGTON | GA 30673 | Sec 7 | SHMT |

| PAPER PAK INDUSTRIES | | P/C | C/O/ |
| 1941 WHITE AVENUE | | P | |
| LA VERNE | CA 91750 | B/C | R/C |
| | | AAR | ** * |

13300712349

LOAD# NS    RATED AS- ,   DEFICIT WEIGHT    895    5000    1396    124.94
DISCOUNT ALLOWED                           70.00%   488.60

| 5 | 12460139 | 559 | | 4105 | 5000 | **C.O.D.** | 2 |
| | | | | | | 269.61 | .0 |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED    Driver:
By:
Company:                                        CASH □   CHK □   CHG □
Date:                                           Pcs. Del'd
Seal # (if Applc)        □ Inside Delivery  □ Residential Delivery  □ Lift Gate  □ Other    Date Del'd
                         □ Sort & Sag - Pieces                                             COPY ORIGINAL FREIGH

---

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989    PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

2

| MCN | AUG | NS | | | 214277OPRY | | | CUSTOMER COPY |

12104963    482982    1/08/08    1330071234

| PERDUE FARMS INC | Dest I/L Car | PAPER PAK INDUSTRIES | | Page No |
| 250 GA HWY 247 SPUR | | 1 PAPER PAK PARKWAY | | 2 |
| PERRY | GA 31069 | WASHINGTON | GA 30673 | Sec 7 | SH |

| PAPER PAK INDUSTRIES | | P/C | C/O |
| 1941 WHITE AVENUE | | P | |
| LA VERNE | CA 91750 | B/C | R/ |
| | | AAR | ** |

13300712349

LOAD# NS    RATED AS- ,   DEFICIT WEIGHT    895    5000    1396    124.94
DISCOUNT ALLOWED                           70.00%   488.60

| 5 | 12460139 | 559 | | 4105 | 5000 | **C.O.D.** | |
| | | | | | | 269.61 | .0 |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED    Driver:
By:
Company:                                        CASH □   CHK □   CHG □
Date:                                           Pcs. Bal'd
                         □ Inside Delivery  □ Residential Delivery  □ Lift Gate  □ Other

JUN-30-2008 13:44 From:                                    To:+3126095001          P.14/18

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
### FILE 030989    PO BOX 68000 - SAN FRANCISCO, CA 94160 USA
### (336) 889-5000

**1**

| | | | | | | DUP | | RP |
|---|---|---|---|---|---|---|---|---|
| NHN | AUG | 2072400 | | S88481 | | 6/30/08 | | |

12104963  481994  1/10/08  1330071235

| | |
|---|---|
| EASTERN BAG AND PAPER COMPANY | PAPER PAK INDUSTRIES |
| 200 RESEARCH DRIVE | 1 PAPER PAK PARKWAY |
| MILFORD          CT 06460 | WASHINGTON          GA 30673 |

Dest I/L Car

Page No

Sec 7  SH

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE          CA 91750

P/C   C/O
P
B/C   R/C
DRI  **

13300712356

| 2 | HANDLING UNITS: 2 UNITS OF TYPE SKID<br>Quote# 10042587<br>Batting, Batts, Pads, Padding,<br>Wads or<br>Wadding, consisting of cotton fibres<br>or consisting predominantly by weight<br>NMFC # 149020 / SUB # 00<br>FUEL INCREASE<br>SORTING OR SEGREGATING | 050 | 1205 | 6467 | 779.27<br><br><br><br><br><br>60.78<br>45.00 |

**C.O.D.**

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED    Driver:

By:

Company:

Date:

CONTD

CASH ☐    CHK ☐    CHG ☐

Pcs. Del'd

☐ Inside Delivery   ☐ Residential Delivery   ☐ Lift Gate   ☐ Other _____

Date Del'd

Seal # (if Applc)    ☐ Sort & Seg - Pieces _____    COPY ORIGINAL FREIGH

---

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
### FILE 030989    PO BOX 68000 - SAN FRANCISCO, CA 94160 USA
### (336) 889-5000

**2**

| | | | | | CUSTOMER COPY |
|---|---|---|---|---|---|
| NHN | AUG | 2072400 | | S88481 | |

12104963  481994  1/10/08  1330071235

| | |
|---|---|
| EASTERN BAG AND PAPER COMPANY | PAPER PAK INDUSTRIES |
| 200 RESEARCH DRIVE | 1 PAPER PAK PARKWAY |
| MILFORD          CT 06460 | WASHINGTON          GA 30673 |

Dest I/L Car

Page No

1

Sec 7  SH

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE          CA 91750

P/C   C/O
P
B/C   R/
DRI  **

13300712356

| 2 | HANDLING UNITS: 2 UNITS OF TYPE SKID<br>Quote# 10042587<br>Batting, Batts, Pads, Padding,<br>Wads or<br>Wadding, consisting of cotton fibres<br>or consisting predominantly by weight<br>NMFC # 149020 / SUB # 00<br>FUEL INCREASE<br>SORTING OR SEGREGATING | 050 | 1205 | 6467 | 779.27<br><br><br><br><br><br>60.78<br>45.00 |

**C.O.D.**

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED    Driver:

By:

Company:

Date:

CONTD

CASH ☐    CHK ☐    CHG ☐

Pcs. Del'd

☐ Inside Delivery   ☐ Residential Delivery   ☐ Lift Gate   ☐ Other _____

JUN-30-2008 13:45 From:                                    To:+3126095001        P.15/18

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

1

DUP                                    RP

| NHN | AUG | 2072400 | | S88481 | | 6/30/08 | |
|-----|-----|---------|--|--------|--|---------|--|

12104963  481994    1/10/08      13300712356

Page No

EASTERN BAG AND PAPER COMPANY      Dest I/L Car    PAPER PAK INDUSTRIES
200 RESEARCH DRIVE                                 1 PAPER PAK PARKWAY        2

MILFORD            CT 06460                        WASHINGTON      GA 30673   Sec 7  SHPT
                                                                                     1

                                                  PAPER PAK INDUSTRIES       P/C    C/O/I
                                                  1941 WHITE AVENUE          P
                                                                            B/C    R/C
13300712356                                       LA VERNE       CA 91750   DRI  ***

FBA DHE  1/17/08 FREIGHT BILL AUDIT
ADDED SSC PER DR
LOAD# NS
CONSIGNEE PHONE#: NS        DISCOUNT ALLOWED        70.00%   545.49

                                                           C.O.D.

2   11802774   12460139   559          1205                339.56

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED   Driver:

By:                                                        CASH ☐   CHK ☐   CHG ☐
Company:                                                   Pcs. Del'd
            Date:           ☐ Inside   ☐ Residential  ☐ Lift
                              Delivery    Delivery       Gate   ☐ Other     Date Del'd
Seal # (if Applc)           ☐ Sort #                           COPY ORIGINAL FREIGH
                            ☐ Seg - Pieces

## OLD DOMINION FREIGHT LINE, INC. (ODFL)
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

2

CUSTOMER COPY

| NHN | AUG | 2072400 | | S88481 | |
|-----|-----|---------|--|--------|--|

12104963  481994    1/10/08      1330071235

Page No

EASTERN BAG AND PAPER COMPANY      Dest I/L Car    PAPER PAK INDUSTRIES
200 RESEARCH DRIVE                                 1 PAPER PAK PARKWAY        2

MILFORD            CT 06460                        WASHINGTON      GA 30673   Sec 7  SHP

                                                  PAPER PAK INDUSTRIES       P/C    C/O
                                                  1941 WHITE AVENUE          P
                                                                            B/C    R/
13300712356                                       LA VERNE       CA 91750   DRI  **

FBA DHE  1/17/08 FREIGHT BILL AUDIT
ADDED SSC PER DR
LOAD# NS
CONSIGNEE PHONE#: NS        DISCOUNT ALLOWED        70.00%   545.49

                                                           C.O.D.

2   11802774   12460139   559          1205                339.56

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED   Driver:

By:                                                        CASH ☐   CHK ☐   CHG ☐
Company:                                                   Pcs. Del'd
            Date:           ☐ Inside   ☐ Residential  ☐ Lift
                              Delivery    Delivery       Gate   ☐ Other

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**1**

|  |  |  |  |  | DUP | RP |
|---|---|---|---|---|---|---|

| RTO | ATW | 3504670001 |  | 401494 |  | 6/30/08 |

| | | 12104963 | 405514 | 1/25/08 | 26001213367 |

Page No

PAPER PAK INDUSTRIES
2375 ARROW HWY
LA VERNE                    CA 91750

Dest I/L Car

SENSORMATIC
C/O A P L LOGISTICS INC
757 DOUGLAS HILL RD
LITHIA SPRINGS              GA 30122
C/O TYCO SAFETY PRODUCTS

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                    CA 91750

Sec 7  SHP

1

P/C   C/O/
C
B/C   R/C
JPJ  **

26001213367

| 1 | HANDLING UNITS: 1 UNITS OF TYPE SKID | | | | | 855.80 |
| | Indv Pcs: 22 CTN | | | | | 73.03 |
| | USIII MICROWAVABLE UPP/C5 | 050 | 879 | 9737 | | |
| | FUEL INCREASE | | | | | |
| | Rate Clerk: JFP | | | | | |
| | LOAD# NS | | | | | 117.8 |
| | RATED AS- ,  DEFICIT WEIGHT | 121 | 1000 | 9737 | | 681.5 |
| | DISCOUNT ALLOWED | | | 70.00% | | |

*************** DRIVER MUST COLLECT FREIGHT CHARGES UPON DELIVERY. ***************

C.O.D.

CONTD

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:
Company:
Date:
Seal # (if Applc)

Driver:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other
☐ Sort & Seg - Pieces

CASH   CHK   CHG
Pcs. Del'd
Date Del'd
COPY ORIGINAL FREIG

---

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989   PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**2**

|  |  |  |  |  | CUSTOMER COPY |
|---|---|---|---|---|---|

| RTO | ATW | 3504670001 |  | 401494 | |

| | | 12104963 | 405514 | 1/25/08 | 2600121336 |

Page No

PAPER PAK INDUSTRIES
2375 ARROW HWY
LA VERNE                    CA 91750

Dest I/L Car

SENSORMATIC
C/O A P L LOGISTICS INC
757 DOUGLAS HILL RD
LITHIA SPRINGS              GA 30122
C/O TYCO SAFETY PRODUCTS

PAPER PAK INDUSTRIES
1941 WHITE AVENUE
LA VERNE                    CA 91750

Sec 7  SH

1

P/C   C/O
C
B/C   R/
JPJ  **

26001213367

| 1 | HANDLING UNITS: 1 UNITS OF TYPE SKID | | | | | 855.8 |
| | Indv Pcs: 22 CTN | | | | | 73.0 |
| | USIII MICROWAVABLE UPP/C5 | 050 | 879 | 9737 | | |
| | FUEL INCREASE | | | | | |
| | Rate Clerk: JFP | | | | | |
| | LOAD# NS | | | | | 117.8 |
| | RATED AS- ,  DEFICIT WEIGHT | 121 | 1000 | 9737 | | 681 |
| | DISCOUNT ALLOWED | | | 70.00% | | |

*************** DRIVER MUST COLLECT FREIGHT CHARGES UPON DELIVERY. ***************

C.O.D.

CONTD

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
By:
Company:
Date:

Driver:

☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

CASH   CHK   CHG
Pcs. Del'd

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989 PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**1**

| | | | | | 6/30/08 DUP | RP |

| RTO | ATW | 3504670001 | | 401494 | | |

| | | | 12104963 | 405514 | 1/25/08 | 26001213367 |

| PAPER PAK INDUSTRIES | Dest I/L Car | SENSORMATIC | Page No |
| 2375 ARROW HWY | | C/O A P L LOGISTICS INC | 2 |
| | | 757 DOUGLAS HILL RD | Sec 7 SHM |
| LA VERNE | CA 91750 | LITHIA SPRINGS GA 30122 | |
| | | C/O TYCO SAFETY PRODUCTS | P/C C/O |
| | | PAPER PAK INDUSTRIES | C |
| | | 1941 WHITE AVENUE | B/C R/C |
| | | LA VERNE CA 91750 | TPI ** |

26001213367

| 1 | 12464938 | 12418624 | 559 | 365.14 | 879 | 1000 | C.O.D. |
| | | | | | | | 365.1 |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

By:

Company:

Date:

Driver: **COLLECT**

CASH ☐ CHK ☐ CHG

☐ Inside Delivery ☐ Residential Delivery ☐ Lift Gate ☐ Other

Pcs. Del'd

☐ Sort & Seg - Pieces

Seal # (if Applc) Date Del'd

COPY ORIGINAL FREIG

---

**OLD DOMINION FREIGHT LINE, INC. (ODFL)**
FILE 030989 PO BOX 60000 - SAN FRANCISCO, CA 94160 USA
(336) 889-5000

**2**

CUSTOMER COPY

| RTO | ATW | 3504670001 | | 401494 | | |

| | | | 12104963 | 405514 | 1/25/08 | 26001213367 |

| PAPER PAK INDUSTRIES | Dest I/L Car | SENSORMATIC | Page No |
| 2375 ARROW HWY | | C/O A P L LOGISTICS INC | 2 |
| | | 757 DOUGLAS HILL RD | Sec 7 SHM |
| LA VERNE | CA 91750 | LITHIA SPRINGS GA 30122 | |
| | | C/O TYCO SAFETY PRODUCTS | P/C C/O |
| | | PAPER PAK INDUSTRIES | C |
| | | 1941 WHITE AVENUE | B/C R/ |
| | | LA VERNE CA 91750 | TPI ** |

26001213367

\*\*\*\*\*\*\*\*\*\*\*\*\* **DRIVER MUST COLLECT FREIGHT CHARGES UPON DELIVERY.** \*\*\*\*\*\*\*\*\*\*\*\*\*

| 1 | 12464938 | 12418624 | 559 | 365.14 | 879 | 1000 | C.O.D. |
| | | | | | | | 365.1 |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

By:

Company:

Date:

Driver: **COLLECT**

CASH ☐ CHK ☐ CHG

☐ Inside Delivery ☐ Residential Delivery ☐ Lift Gate ☐ Other

Pcs. Del'd

JUN-30-2008 13:46 From:                    To:+3126095001

## OLD DOMINION FREIGHT LINE, INC. (ODFL)

**1**                    (336) 889-5000

| RTO | ATW | 3504670001 | | 401494 | | 6/30/08 | DUP | RP |

| PAPER PAK INDUSTRIES | 12104963 | 405514 | 1/25/08 | 26001213367 |
| 2375 ARROW HWY | | | | Page No |
| | Dest I/L Car | SENSORMATIC | | |
| LA VERNE          CA 91750 | C/O A P L LOGISTICS INC | | 2    2 |
| | 757 DOUGLAS HILL RD | | Sec 7   SHMT |
| | LITHIA SPRINGS        GA 30122 | | 1 |
| | C/O TYCO SAFETY PRODUCTS | | P/C   C/O/B |
| | PAPER PAK INDUSTRIES | | C |
| | 1941 WHITE AVENUE | | B/C   R/C |
| 26001213367 | LA VERNE          CA 91750 | | UP.I  *** |

TOTAL BILLS:        18

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED        Driver:

By:

Company:                                                        CASH ☐    CHK ☐    CHG ☐

Date:                                                           Pcs. Del'd

Seal 1 (if Applc)        ☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

☐ Sort & Seg - Pieces                                            Date Del'd

                                                                COPY ORIGINAL FREIGHT

## OLD DOMINION FREIGHT LINE, INC. (ODFL)

**2**                    (336) 889-5000

CUSTOMER COPY

0/00/00        00000000000

Page No

Dest I/L Car

Sec 7   SHMT

P/C   C/O/B

B/C   R/C

00000000000

TOTAL BILLS:        18

C.O.D.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED        Driver:

By:

Company:                                                        CASH ☐    CHK ☐    CHG ☐

Date:                                                           Pcs. Del'd

                        ☐ Inside Delivery  ☐ Residential Delivery  ☐ Lift Gate  ☐ Other

                                                                Date Del'd