IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAPER-PAK INDUSTRIES,<br><br>        Plaintiff,<br><br>v.<br><br>OLD DOMINION FREIGHT LINE, INC.,<br><br>        Defendant. | No. 08 CV 3117 RRC<br><br>Judge:  Zagel |

## NOTICE OF FILING

To:    Joel H. Steiner
       Axelrod, Goodman, Steiner & Bazelon
       39 South LaSalle Street, Suite 920
       Chicago, IL 60603

   PLEASE TAKE NOTICE that on June 30, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **Defendant's Answer, Affirmative Defenses and Counterclaim to Plaintiff's Complaint**, a true and correct copy of which is herewith served upon you.

                                       Respectfully submitted,

                                       OLD DOMINION FREIGHT LINE, INC.

                                       By: s/Laurel A. Dearborn
                                          One of Its Attorneys

Randall M. Lending, ARDC No. 06198407
Laurel A. Dearborn, ARDC No. 6288859
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
(312) 609-7500
Dated:  June 30, 2008

CHICAGO/#1810637.1

## **CERTIFICATE OF SERVICE**

     The undersigned certifies that true and correct copies of the foregoing Defendant's Answer, Affirmative Defenses and Counterclaim to Plaintiff's Complaint were served on

     Joel H. Steiner
     Axelrod, Goodman, Steiner &
     Bazelon
     39 South LaSalle Street, Suite 920
     Chicago, IL 60603

by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 by 5:00 p.m. on June 30, 2008.

                                                   s/Laurel A. Dearborn