**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PAPER-PAK INDUSTRIES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 3117 |
| | ) | |
| v. | ) | Judge Zagel |
| | ) | |
| OLD DOMINION FREIGHT LINE, INC., | ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

**PAPER-PAK INDUSTRIES' ANSWER TO DEFENDANT'S
AFFIRMATIVE DEFENSES AND COUNTERCLAIM**

NOW COMES Plaintiff, PAPER-PAK INDUSTRIES, (hereinafter referred to as "PAPER-PAK" or "Plaintiff") by and through its attorneys, JOEL H. STEINER and AXELROD, GOODMAN, STEINER & BAZELON, and hereby files the following responses to the Affirmative Defenses and Counterclaim of Defendant, OLD DOMINION FREIGHT LINE, INC., (hereinafter referred to as "ODFL"or "Defendant") and Plaintiff now states as follows:

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim for which relief may be granted.

**ANSWER:    Denied.**

**SECOND AFFIRMATIVE DEFENSE**

Paper-Pak's purported damages are subject to a liability limitation of fifty cents ($0.50) per pound pursuant to 49 U.S.C. § and the liability limitations set forth in Tariff ODFL 100-F.

**ANSWER:    Denied.**

## THIRD AFFIRMATIVE DEFENSE

ODFL will rely on all defenses lawfully available to it at the time of trial and reserves the right to amend this Answer and Affirmative Defenses to include additional defenses after completion of discovery.

**ANSWER:    No knowledge.**

WHEREFORE, for the above and foregoing reasons, Plaintiff, PAPER-PAK INDUSTRIES, respectfully requests that all of the Affirmative Defenses raised by Defendant, OLD DOMINION FREIGHT LINE, INC., be found to be without merit and dismissed in full with prejudice and for any other relief deemed just and proper.

## COUNTERCLAIM

## JURISDICTION AND VENUE

1.      This Court has supplemental jurisdiction over this counterclaim pursuant to 28 U.S.C. 1367(a) because this counterclaim is so related to the claims set forth in the Complaint that they form the part of the same case or controversy.

**ANSWER:    Admit**.

2.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the Counterclaim occurred in this judicial district.

**ANSWER:    Admit.**

## COUNT I
## BREACH OF CONTRACT

3.      ODFL and Paper-Pak entered into a series of valid and legally enforceable written shipping

contracts, which are memorialized by freight invoices totaling $8,648.09 and dated March 30, 2007

(Invoice No. 13300575431), August 1, 2007 (Invoice No. 81470114653), September 28, 2007

(Invoice No. 14710702037), December 7, 2007 (Invoice No. 14711547134), December 10, 2007

(Invoice No. 13300695155), December 10, 2007 (Invoice No. 13300695171), December 13, 2007

(Invoice No. 13300695197), December 14, 2007 (Invoice No. 05104081335), December 18, 2007

(Invoice No. 13300695205), December 18, 2007 (Invoice No. 13300695213), December 18, 2007

(Invoice No. 13300695221), December 27, 2007 (Invoice No. 13300695239), December 28, 2007

(Invoice No. 13300695247), December 31, 2007 (Invoice No. 13300695254), January 3, 2008

(Invoice No. 13300712323), January 7, 2008 (Invoice No. 13300712331), January 8, 2008 (Invoice

No. 13300712349), January 10, 2008 (Invoice No. 13300712356), and January 25, 2008 (Invoice

No. 26001213367).  (Copies of the invoices and an account summary of these invoices are hereto

attached as Group Exhibit A).

>       **ANSWER:    Denied.**


4.      ODFL performed all of its obligations under the aforementioned shipping contracts.

>       **ANSWER:    Denied.**


5.      Paper-Pak breached the contracts by failing to remit full payment for the shipping services

provided by ODFL.

>       **ANSWER:    Denied.**

6.    ODFL has suffered damages in the amount of $7,497.51 for monies due and owing by Paper-Pak on the shipping contracts.

     **ANSWER:    Denied.**


     WHEREFORE, for the above and foregoing reasons, Plaintiff, PAPER-PAK INDUSTRIES, respectfully requests that the Counterclaims of Defendant, OLD DOMINION FREIGHT LINE, INC., be dismissed in full, for costs in defending said claims and for any other relief deemed just and proper.



     Respectfully submitted,

     PAPER-PAK INDUSTRIES,
     Plaintiff


     By:    /s/ Joel H. Steiner
         Joel H. Steiner, One of Its Attorneys




OF COUNSEL:

AXELROD, GOODMAN, STEINER & BAZELON
39 South LaSalle Street, Suite 920
Chicago, Illinois 60603
312-236-9375
312-236-2877 (fax)

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 1st day of July, 2008, a copy of the foregoing

Plaintiff's Answer to Defendant's Affirmative Defenses and Counterclaim was filed electronically.

Notice of this filing will be sent to all parties registered with the Court's electronic filing system by

operation of the Court's system.  Parties may access this filing through the Court's system which will

send notification of such filing(s) to the following:


       /s/ Joel H. Steiner
       Joel H. Steiner